<u>Jeannette G. Vanderah v. Catholic Diocese of Phoenix</u>
United States District Court for the District of Arizona
Case No.

**INDEX OF EXHIBITS TO CATHOLIC DIOCESE OF PHOENIX'S
NOTICE OF REMOVAL**

| Exhibit. | Description |
|---|---|
| 1. | State Court Docket |
| 2. | Operative Complaint |
| 3. | All documents served on Catholic Diocese of Phoenix |
| 4. | Remainder of state court record |
| 5. | Declaration of Ryan T. Mangum |

47846266.1

# EXHIBIT 1

 ❯ Docket

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-092639 | Judge: | Coffey, Rodrick |
| File Date: | 6/2/2021 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Jeannette G Vanderah | Plaintiff | Female | Pro Per |
| Catholic Diocese Of Phoenix | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/16/2021 | AFS - Affidavit Of Service | 6/18/2021 | |
| **NOTE:** CATHOLIC DIOCESE OF PHOENIX | | | |
| 6/9/2021 | NOT - Notice | 6/14/2021 | Plaintiff(1) |
| **NOTE:** ADDENDUMS; EXHIBIT 6; EXHIBIT 7 | | | |
| 6/2/2021 | COM - Complaint | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | CCN - Cert Arbitration - Not Subject | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | CSH - Coversheet | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | NJT - Not Demand For Jury Trials | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | SUM - Summons | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | SUM - Summons | 6/7/2021 | Plaintiff(1) |
| 6/2/2021 | SUM - Summons | 6/7/2021 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# EXHIBIT 2

Person Filing: Jeannette G. Vanderah
Address (if not protected): 1532 Musket Way
City, State, Zip Code: Chandler, Az 85286
Telephone: 480 050-7229
Email Address: jnette2u@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

JEFF FINE
Clerk of the Superior Court
By Megan Johnston, Deputy
Date 06/02/2021 Time 15:01:39

| Description | Amount |
|---|---|
| ------- CASE# CV2021-092639 ------- | |
| CIVIL NEW COMPLAINT | 333.00 |
| TOTAL AMOUNT | 333.00 |

Receipt# 28287718

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff

Case Number: CV2021-092639

Title: **CIVIL COMPLAINT**

Catholic Diocese of Phoenix
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

    _____

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

    ☐ Tier 1 = Actions claiming $50,000 or less in damages.

    ☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

        OR  Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is *Jeannette G. Vanderah - 1532 Musket Chandler, A. 85286*

4.  The Defendant in this case is *Catholic Diocese of Phoenix - 400 E. Monroe Phx, Az 85004 (St. Benedict Parish/St. John Bosco) 16223 S. 48th Street, Phx, Az 85048*

## STATEMENT OF FACTS AND BREACH

5.  May 2018 - Hired as teacher in Catholic Diocese of Phoenix, St. John Bosco Elementary School in St. Benedict Parish. (Principal, Anita Pettite)

6.  July 2018 - 2019  Continuously given further responsibilities in Leadership. Superb professional progression. Principal states I have what it takes to "take over" the school upon her retirement.

7.  August 2019 - Principal asked me to be part of leadership team and I was assigned the following: Student Service Administrator, Curriculum Coordinator, Professional Development Coordinator, and School Board representative in addition to my FT teaching position.

8.  August - Oct. 2019 - Performed all duties with success.

    Oct. 2019 - May 2020 - Leadership constantly changed my role,

9.  did not provide cheerleading supervision, humiliated my professional status, negatively impacted my job and relationships in school setting. Supervisor created hostile work environment with intentional infliction of distress.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

April/
10. May 2020 - Supervisor stated all employees would be getting renewal contracts. May 2020 Supervisor did not renewal my teaching contract and I was told it was due to budget. I was wrongfully terminated.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

See Exhibit 1 (pages 1-15)
Exhibit 2,3,4 (evidence)
Exhibit 5 - EEOC copy

## APPLICABLE LAW SUPPORTING CLAIMS

( I ) Hostile Work Environment and Retaliation Caused by Supervisor
10.6 Civil Rights - Title VII — Resulted in Non Renewal of Contract

( II ) Intentional Infliction of Emotional Distress /Humiliation
Az State 12-542 Article 3 Personal Actions - ARS 23-1021

( III ) Negligence of Supervisor Duties
Az State 15-341 / 12-651   General Powers/Duties

( IV ) Interference with Plantiffs Employment Relationships
Chapter 9 Article 1 General Provisions/Employment Protection Act.

( V ) Breach of Implied Covenant of Good Faith and Fair Dealing
Az Statute 23-1501

( VI ) Award Attorneys fee's /Recovery of Attorney's Fees
Az State 12-341.01

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)


## INJURIES

( I ) Loss of Employment in late May - caused hardship for next school year hiring process (very late notice). Most Schools already hired for next school year.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

( 2 ) Throughout Intentional Infliction - physical symptoms of distress  ARS - 23 - 1021

( 3 ) Interference with Professional Employment Relations

( 4 ) Negative Impact on daily job

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) Attorney's fee's $1200. but unknown as case proceeds.
(Current)

( 2 ) Two Years Salary - forced to take unlike job 45
        One Yr. = 48K x 2          minutes away from home.

( 3 ) Compensable physical distress - loss of sleep, shaking,
            distress phone calls into Catholic Diocese Superintendent's Office

( 4 ) Unpaid Sick days and vacation days

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this   2 June 2021   .
                *(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

# Exhibit 1

Hired with signed contract 5/30/2018

**September 2018** – asked to be a mentor teacher to my partner (newer teacher)

**January 2019** – Mrs. Petitti communicated to me that she sees a lot of strengths in me.  I stated I am more than willing to help in anything she needed (referring to administration).

**February 2019** – While having a conversation with Mrs. Petitti she made negative remarks about her current assistant principal.  She stated she thought she was experienced.  Stated she makes plenty of money with her side job with the Suns.  Communicated derogatory statements about her bad home life.  Stated that she is back in the classroom.  Doesn't grade papers, gives all students an A and that is why all the parents like her.
        I just listened.

**March 2019** – Expressed to Anita that I am interested in getting back into administration.  She did not know if there would be a budget but mentioned the following year she sees me in administration and she stated that she sees in me what it takes to take over SJB when she retires.  I did share that my first choice is to be in administration if there is a possibility.  What I don't want is to be placed in classroom and do both teacher responsibilities and be given administration responsibilities…I prefer one or the other so I can be my best at what I am doing.

There was a disciplinary situation that involved 4th grade students and I was the middle man between Mrs. Petitti and assistant principal.  Awkward and uncomfortable.  The two did not even talk with each other.  Mrs. Pettiti used me to transfer the messages of how she wants the assistant principal to handle it.

**April 2019**  - Mrs. Petitti shared that she will not be renewing assistant principals contract so she has to wait to give out teacher contracts until the last day of school.  Teachers were asking me when contracts would come out and so I shared with Mrs. Petitti and she stated everyone needs to wait.  Mrs. Petitti shared other negative comments about other staff members.  For example "She is a princess"; "Millenials have no sense of commitment"; "she is horrible".  This was not the most comfortable to listen to.

I shared with Mrs. Petitti that I would be seeking administration openings for the next school year.  She stated that she understands and also stated that she hopes that I stay because she has a plan.  I asked what the plan is.  She stated that when she retires she definitely sees me taking over the school.  She said she needs to stay because Father is new and she committed to three years.  She would love to retire now.  We had a discussion, and I shared that I was honored that she had the confidence in me to share.  I did go on to say that even if she were to retire, there is no guarantee that I would be the one to take her place since there would be interviews and such.  I mentioned that the Diocese could move someone internally if they chose.  Mrs. Petitti stated that her plans was not to share with the Diocese her retirement plans

until late April and she would let them know who her replacement would be. Therefore, my chances of getting the principalship would be more likely. She stated she trusts no one at the Diocese.

I did share with Mrs. Petitti that I would be seeking administration because ultimately there is no guarantee that I would step into adm. at SJB. Mrs. Petitti stated that she understands.

**May 2019** – The assistant principal announces her new position as principal at St. Gregory. Contracts went out two days later.

**July 2019** – New school year begins. Mrs. Petitti sets up a meeting with me to discuss the upcoming school year. I am contracted as a teacher for 2019-2020. She shares the idea of having an administration team and I would be part of it. She stated what she would like me to do: student service administrator; curriculum director; STEM coordinator for accreditation. She told me to think about it. There would be a stipend connected to it. I did agree to help out in these administrative roles.

**Aug. 2019** – Mrs. Petitti asked for my involvement with the AMP program due to parent letters of concern coming into the AMP teacher. Mrs. Petitti referred these issues to me and I successfully assisted and helped with the correspondence back and forth to parents. I worked well with the AMP teacher. Mrs. Petitti stated she wants people who can make decisions.

The start of my role being assigned the student service administrator and overlooking the program also started at the beginning of the school year. I attended the meetings in which I was informed of (most at the last minute). The resource teacher stated that I don't need to stay at the meetings, just sign the paper and then I can leave. The resource teachers shared that is what last years assistant principal did. With over 10 years of special education experience I know it's important to have an administrator attend the meetings. The resource teacher became uncomfortable.

Coordinated a lot of curriculum PD and science and social studies adoptions. Set up continual Saxon math PD K-6 grades.

**Sept. 2019** – The resource teacher went to Mrs. Petitti. Mrs. Petitti called me in. Stated I was not the resource teachers boss. I responded with "I understand that and I never gave any

inkling that I was" I stated I am not here at all to make anyone uncomfortable and I don't want resource teacher to be uncomfortable with me being involved as the student service administrator. I thought I was doing what I was suppose to be doing and overlooking the program. Mrs. Petitti says that she wants me to be SSA and I need to attend meetings because she is not able to attend.

Mrs. Petitti announces in a staff meeting that I only sign a paper for student service meetings solely because she is not able to be there. Mrs. Petitti did not communicate this information with me prior to full staff announcement.

**October 2019** – Two staff members asked to sit in parent/teacher conference . I shared this information with Mrs. Petitti and she sternly stated "that is not your job and I will let the staff know". "I don't want teachers to take advantage of you". I was a little taken back with this communication. As teachers, we always support one another.

A teacher came to me about a grading issue for grade reports that would be going out for Q1. The teacher asked if she could give a "no grade". I listened to the reason why the teacher wanted to do so. I told her it sounds reasonable but I also suggested that she double check and go ask Mrs. Petitte because I have not been here at the school long enough to know if that is something that would be okay on an official grade report. The teacher was in tears after asking Mrs. Petitte due to her being reprimanded for asking her the question. I was called into the conference room with the resource teacher. Mrs. Petitti presents the situation and says "how dare a teacher ask me a question like that while I was out on the playground". "I am not going to give an immediate answer for question like that, that is a curriculum question". I stated I told the teacher to double check with her as far as a "no grade" on the report card. It was me. Mrs. Petitti says "she (teacher) should know, we did that back at Mt. Carmel". This whole situation caused a hostile environment.

One parent came into the office asking to see the assistant principal. The same morning an email went out to all staff stating "SJB does not have an assistant principal".

A parent writes a letter to Father James and me requesting a meeting with the both of us. Mrs. Petitti very upset over this. She emails me "do not respond". The next morning Mrs. Petitti comes to my classroom door and questions me "Did you talk to her" "She dragged you it" . I shared with Mrs. Petitti that I did not know anything about it, I did not talk with her.

In October I was told there is no more budget for curriculum. Mrs. Petitti called me in and told me she cancelled everything that I had scheduled.

I was asked to schedule a Science Professional Dev for our new Science adoption. I was told to make sure all teachers were there and if they couldn't be cancel it. One teacher had a doctors appt that was scheduled months in advance. I was told everyone needs to be present. Even if one teachers wasn't I would have to let them know we have to cancel for everyone. The teacher tried to reschedule. This process took a couple weeks. The teacher sent a follow up

email to Anita (and CC me) to let her know she was able to get her appt. rescheduled. Mrs. Pettiti questioned this teacher on why she CC me on the email. She responded with, "because Jeannette is the one that has been scheduling all the professional development and she feels its courteous to let me know too". I am glad she did so I didn't have to cancel the PD scheduled for all 1st – 5th grade. My question is: Why wouldn't Anita want me to stay in the loop of communication when Anita is the person who directed me to put this task into motion? This is ONE of many actions that Anita did to HINDER my job and impact me in a negative way.

My 4th grade team partner and I were called into the office during out lunch break. As we entered the conference room Mrs. Petitti & Ms. Jansen were sitting there. As we both took a seat, Mrs. Petitti states she is concerned about how many students in 4th grade made honor roll and that in 27 years of being in education that has never happened before. Both of us were taken back and wondered why we were being questioned. We didn't know what to say or respond with because we both grade and treat our students with equity and opportunities to succeed. Each one of them has earned his/her grades. We do allow test corrections and students can earn points back. Ms. Jansen goes on to say that she fails kids in religion. Mrs. Petitti goes and pulls the same students grades from last year, looking for discrepancies. As I viewed what was put before us, there was no difference. Very similar grades. Those teachers were not questioned last year. This caused hostility. I walked out wondering why that just happened. Mrs. Petitti was taking a jab and it upset me more that she pulled in my partner to do this. And Mrs. Petitti has never mentioned a concern with grades to us ever again. If she was truly concerned there would have been some follow through or rechecking on us.

I set up a meeting with Mrs. Petitti because based on the events described in all the documentation. I wanted feedback. I asked her if something has changed. I told her I could not pin point it but something has changed. It's different. She stated "give an example" and I shared two (teachers wanting me to sit in on a conference and the parent who wrote a letter requesting to meet with me/Father). I also stated that I am not sure what my role is anymore on admin team because I was told curriculum budget is gone, student service adm I was told conflicting messages and I have STEM for accreditation but we have not done much with accreditation to this point. Mrs. Petitti did mention Accreditation for my leadership.

"I see you have relationships with staff". I said "yes, I do. We work together". I am not sure why she made a point to state this to me.

**November 2019 -**

Nov. 13th – During the staff meeting Mrs. Petitti states to the entire staff that "All STEM Accreditation will go to Jackie from here on out". Mrs. Petitti just last week mentioned to me that this is what I will be doing. Mrs. Petitti never communicated to me that she would be giving Jackie all of the STEM. This is very confusing and its even after I went to see her to share that I am observing incidents that show there is a change. To me, this is another direct jab to negatively impact me as a staff member.

Nov. 18th – Mrs. Petitti came through my classroom and we started a conversation. I shared with her that I am confused as well as other staff members that in last week's staff meeting she said to give all "STEM" to Ms. Jansen. I expressed to her that I didn't know this is what she was going to do. I asked her if I am suppose to hand over all the lesson plans and STEM activities already turned in to me over to Ms. Jansen. She stated that she will tell staff that they can turn the STEM information to me. She walked away clearly unhappy that I asked about this but I was just trying to get clarification on yet another change in my administration role. I asked myself, is she intentionally trying to set me up to fail and look badly. I won't allow this to happen.

The twists and turns I am experiencing is not okay. The incidents I am experiencing are effecting me and my professionalism in a negative manner. Leaders are suppose to inspire others.

Nov. 20th – Mrs. Petitti states in staff meeting that all STEM accreditation gets turned in to me. This is another change, one week later.

November 2019 – I was in the office on prep. A parent walks into the office and requests to talk with the principal. The principal was in a meeting in the conference room. The parent then asks front desk to talk with someone on the adm team. (I am on the adm team). The front desk gal asks the principal if it is okay if I meet with the parent. The principal answers with a direct "NO". The parent who is obviously upset ends up talking with the "school nurse". I was not allowed to meet with parent even though he pointed at me and asked to speak with me.

This directly impacts me as a professional and how I am viewed as an administrator. Ignoring an upset parent is not what administration is about.

Week of Dec. 9th. – Anita came by my classroom during dismissal stating that Father has now put me in charge of Accreditation. She will let the School Board know that I will make monthly meeting reports, am I okay with this. I was in the mist of student dismissal with parents and students in my classroom. This should have been presented in a different setting, not during classroom dismissal.

As Mrs. Pettiti was walking away I asked the question "where do you invision us as a school or what is the goal by the end of the year for the accreditation process?". She pointed her finger at me and says "that is what you are going to tell us". I was not given any guidance or further information.

Anita sends out an email to the board stating I am now the lead for accreditation and will make reports to the school board.

Dec. 19. I walked into Anita office to talk with her 1:1. Once again, I approached her about how things seemed to have changed. I shared with her I like to reflect. I am trying to figure out the change. I stated that I have done everything she has asked me to do in full support of her

and administration. I requested that she share what she sees. She mentioned we need to meet as an adm. team. I agreed. She stated "I trust no one at this point". I asked her if there was a reason or if someone had come to her. She said no.

I did not know what to do with that statement. She then says, I hope this meeting helped you (this was condescending).

Winter Break

Week of Jan. 6th.

January 6, 2020 – Anita sent email requesting that I ask teachers specific math questions and gather answers. I set this in motion and was waiting for responses.

January 7, 2020 – Came in and rec'd same day notice of a student serv. meeting for K. A scheduled administration meeting was also scheduled and Anita cancelled due to a student service meeting. The other teacher did receive notice before break. This is a recurring issue. I don't get meeting notices until day of. Anita did communicate to resource teacher that she needs to inform me of the meetings.

Adm. meeting was rescheduled for Jan. 8th (next day) after faculty meeting (5:30pm). I informed Anita immediately due to conflict in evening schedule that I was not able to stay later due to an already scheduled event with my own son.

January 9th – Attended student service meeting for 8th grade student at 3:15pm.
January 10th – Was asked today to attend incoming students (TWINS) meeting at 10am. I am in classroom at this time. Resource teacher changed time from 10am to 1pm. I also had a grade level parent meeting and did not get to student service meeting for TWINS until 1:20pm.

January 10th 1-3pm

TWINS student service meeting – 1st grade teacher, resource teacher, mom of twins, speech/lang pathologist, 1:1 aide for boy student, and both students in room.

Overview: TWINS (one boy and one girl) – both on autism spectrum

Girl – ok with academics, may have meltdowns, periods of refusal
Boy – challenged with academics, needs /requires 1:1 aide for all academics and throughout the day, uses marbles to put onto pictures, assigned a HR in other school (Legacy) and never attended the HR, he stayed in resource room based on his needs. Meltdowns (mom holds him to calm him down), roams classroom, will run

Teacher expressed concern that she will not be able to meet boys needs in regular 1st grade classroom. I suggested a learning center where he could work 1:1 with his aide. Resource teacher will also be able to see him for small amounts of time W/TH.

Parent concerned that the teacher can not meet with her son 1:1 during school day. Mom mentions hiring a 2nd helper for son while at school.

Mtg ended by agreeing that we would get together as a school to discuss our resources that will be able to assist with boy's educational needs.

I texted Anita during the meeting and asked if she was still at school. I wanted to share the details of the incoming TWINS and invite her into the meeting. Anita never responded.

After the meeting adjourned the teacher expressed high concerns and some stress. I asked the resource teacher if she had a few minutes to chat and have follow up conversation. She walked away. Five-ten minutes later Anita text me stating her and the resource teacher were in her office, was I available? I answered YES and went to the office.

January 10th 3:20-4:10 Meeting with Anita and Resource Teacher

Anita says, Ann and I were just talking about the meeting. I said, yes it was quite involved. The boy has in depth needs in a classroom setting. I then asked Ann how she felt the meeting went. She stated she thinks we can make it work.

I did express to Anita my concerns about the boys needs and his academic level. I shared that mom said he stayed in a resource room all day long and was not attending regular education setting in last enrolled school and he has never been in a regular education classroom. I shared that his academic level is emergent/pre-school level. He requires 1:1 with academics and mom shared that he is able to focus for a couple minutes at a time. Our 1st grade classroom is set up with 1 hour blocks of time (1 hr. math/1 hr. reading). The boys service plan states that he receives academics through a resource teacher.

Anita asked Ann how he compared to another 1st grade autistic student. She stated he was lower in his functioning.

I expressed the boys need to be with a resource teacher the majority of the time while at school. Ann availability would be limited due to other students she sees.

Anita suggested K instead of 1st. She asked me how I felt about it. I stated its more appropriate placement but I still have concerns. I am wondering if we need to brainstorm all our school resources to best meet his needs.

Anita wants to give him a chance, I agree as long as we have a plan in place throughout the day and who he will be with each step of the way.

**Following the meeting I stated to Anita that I want to help in the meetings and it just seems as resource teacher is uncomfortable; Anita cut me off and says: "I will determine that".

NOTE: Anita never attends these meetings.

THEN she taps my leg and says "I was going to talk to you about your dress—It's too casual for a Friday"

I was wearing a black dress shirt with a dressy scarf. I had black capri pants on. I am always professionally dressed. Three hours later Anita sends an email to the entire staff about dress code.

January 13, 2020 – Anita emails me at 10:22am stating the deadline was last Friday for math questions and she needs the information by 3pm today. I checked original email and there was no deadline communicated. But I went ahead and submitted math feedback spur of the moment that day. Keep in mind, I am still teaching full – time each day.

January 14th – Anita came into my classroom on a Wednesday. It was jeans day. I don't wear jeans to work. I never have. She asked me if I have a SJB t-shirt: I said yes. She states "I prefer you wear that shirt". I was dressed professionally with a blouse pants and jacket. Many staff members do not wear a SJB t-shirt to work. She did not target them with the same request.

Why is she focused on dress anyway. What does this have to do with anything UNLESS I am not professionally dressed. She is just making jabs at me. (pictures of other staff members on this day and their dress on file).

January 22nd – Although I have been directed to be the lead for Accreditation, I am told that the information can not be communicated from me at a staff meeting. I find this quite odd. How is one suppose to lead if they are told they can't communicate to colleagues? During the staff meeting two other teachers shared the status and next steps for the Accreditation committees ALTHOUGH Anita stated I was the lead for Accreditation now. I have never experienced such confusion from a leader in a school setting. AGAIN my supervisor is negatively impacting my job and my professional status. She has caused a hostile work environment that humiliates me as a professional.

Mrs. Pettiti is sending mixed signals once again and leaving me and others confused.

January 28th – Another teacher emailed me in regards to a student on a service plan. The teacher was not comfortable with last minute request to fill out documents for student that were needed within a couple hours. The teacher asked me what the process was. I referred

her to the resource teacher as I was asked to do.  Even though I was asked to be student service administrator, I was told to refer teachers who come to me straight to the resource teacher.

Seems evident that Mrs. Pettiti is intentionally trying to disregard my professionalism to colleagues.  This supervisor doesn't know what she wants.  She continuously humiliates, demeans, disregards, and causes a hostile work environment for no reason she is willing to communicate.

January/February – I submitted for reimbursement for classroom supplies that I purchased out of my own pocket book.  I was sent back an email (2/25) asking questions about my reimbursement request.  I answered and re-submitted.

February 4th – Since I was told I am the lead for Accreditation, I sent an email to the administration team asking for information history from previous school surverys.  Mrs. Pettiti is part of adm team along with two other faculty members and myself.  I received no responses.

Feb. 5th – Mrs. Pettiti meets with grade levels.  During 1st and 2nd grade meetings teachers were asked why morale is low.  States she is being asked to cut a teacher.  Teachers became worried about their jobs middle of the school year.  Two came to me (one crying the other with high stress level).  Wondering why this type of information is communicated to teachers in this manner.  Does not help morale or building of a positive school climate.

Feb. 6th Another change in my leadership role for accreditation occurs today.  I am told there is no need to meet and there will be no more accreditation meetings, other items need to get done.  But an update on accreditation needs to be communicated the next couple staff meetings.

Feb. 9th – I communicated to Father James and Mrs. Pettiti that although I tried serving the Eucharist as told to do so, I was not comfortable at all.

Another Note: Other staff members have also communicated that they are not comfortable serving the Eucharist.  If names need to be shared, I have that documentation.  I was not the only teacher uncomfortable doing this immediate task.

Feb. 11th – Adm meeting was just Mrs. Pettiti and I. We discussed the EM requirement.  She said she was okay and now understands that serving body and blood to 100's of people was out of my comfort area.  She would like me to meet with Father tomorrow.  I shared I have a meeting with him tomorrow.  I also shared that I have a meeting with another staff member at 10am tomorrow regarding accreditation.  I shared with Anita that the other teacher and I work very well together and we are able to plan for accreditation updates that allow me to update the entire staff.  My expertise is math and STEM and the other teacher is able to share a lot of ELA information about her committee progress.

I also asked again, "where would you like to be by the end of the year with accreditation?". Mrs. Pettiti has never given direction in this area so I will need to move forward utilizing other colleagues outside of the adm. team whom are willing to assist with the process. Other adm. team members who have experience with accreditation have shared limited information in my endeavors to learn more in order to lead. Is this a directive given out from our school leader? I ponder this question because this all does not make sense to me as a professional who has been in education for 18 years.

Feb. 12th – I tried to meet with the other staff member at 10am. Only to find out that Mrs. Pettiti asked her to come to the office right at 10am. This staff member shared with me that Mrs. Pettiti called her to the office and gave her some direction about accreditation AND asked her to send out an email to staff about accreditation. This completely undermines my leadership role that Mrs. Pettiti assigned to me. Or continues to sternly tell me, "you are the lead for accreditation" and now behind the scenes she as a leader is playing games to set her own staff members. Who does this? Wow. Why was I not called in to be given direction and asked to send out the email to staff. Mrs. Pettiti did assign me this lead position. ONCE AGAIN, my supervisor is negatively impacting my ability to perform my job. She again, humiliates my professionalism.

This gives me further insight that Mrs. Pettiti will meet and give guidance and direction to other staff members as she chooses but Mrs. Pettiti is not fair, consistent, or equal in her twisted/confusing leadership with me.

Today, gave me factual behavior that Mrs. Pettiti is blocking, forming obstacles, and manipulating my ability to lead tasks she has specifically given me. There is only one reason for this, she does not want me to succeed. I thought we were all here in the best interest of children and to inspire teachers and to form healthy school climates.

Feb. 12th – Met with Father regarding EM. He shared that it is not something he was going to make me do and I thanked him. I shared that if maybe I was able to ease into this position it may have not been so uncomfortable. I was given a 15 minute training and sent up onto the altar. I don't have experience on the altar. He mentioned that Mrs. Pettiti wanted me to lead by example. I totally understand this and have done so with all other tasks. Just serving the body and blood of Christ was not my calling. He asked me questions about other areas. I shared that this year is different, uncomfortable and as fast as I am assigned a leadership role or action it is taken away or changed or twisted just as fast. Too many pieces change without notice. I shared example of Mrs. Pettiti in the middle of staff meeting takes my leadership role as STEM coordinator for accreditation and announces to all staff members to now give everything to another adm. person. It just doesn't make sense. I shared I was given curriculum as well and that came to a stop as well. He suggested job descriptions might help. I agreed. In the end I asked Father if he truly made me the "Leader of Accreditation" just recently. He said – "I don't remember all the things but remembers 'academics' ". He said he discussed roles back in August with Mrs. Pettiti. Father did not recall recently asking Mrs. Pettiti to assign me

as the "Accreditation Leader" of the entire process. He shared with me that his last conversation about administration team assignments was back in August.

So here is my professional insight at the moment – Mrs. Pettiti didn't discuss mid-year change in leading Accreditation with Father at all. She chose to assign it to me spontaneously for some manipulative reason. And due to her non-willingness to assist the process or give me any feedback or information in the area of Accreditation, my insight grows deeper and more obvious.

Father was very nice to talk with. I am sad if Mrs. Pettiti is using him as a scapegoat of her own decisions.

Feb. 18th – Administration meeting was cancelled. Therefore, I sent an email out to the adm participants asking if anyone had access to an accreditation narrative. I was wanting to use it as a resource at an upcoming STEM team meeting so we could make some long term plans in our direction. I received no responses once again. I am suppose to keep the staff updated with a working plan and direction. The staff meeting is tomorrow.

Anita text messages me and asks me to put out a faculty agenda. I said I can talk about accreditation and would she like me to add anything else? In her next text, she apologized that this was a mistake. On Feb. 19th the staff agenda came out and although I understood accreditation was a part of the agenda, the agenda did not have "Accreditation" as an item. Instead it said "School Improvement" – with another staff members name next to it.

More manipulative behavior from the leader of our school, Mrs. Pettiti that NEGATIVELY impacts my job performance. Anita tells me to lead but blocks me from doing the tasks she keeps asking me to do. She completely excluded Accreditation and my name from the agenda. Staff members came to me stating they are confused if Accreditation was the same thing as School Improvement. Leadership causing this confusion.

Mrs. Pettiti begins formal teacher evaluations with grade levels. I was skipped over. Never asked to plan for an observation. This was another indication to me.

Feb. 19th – An administration meeting was called during my lunch break. I was told we need to be on the same page and I don't need a narrative. It could change. I shared that I thought it would be a great resource to look at as we work through the accreditation goals. I was told to work on something else. Again, I seek information to gain knowledge to move forward and again I am blocked. I have never worked in conditions such as these. I ponder what the goal is here. Are we moving forward under leadership in the best interest of children or is this a hidden agenda that doesn't allow us to focus on kids?

March 3rd – I received an email from Father James. He requested to meet with me for follow up and other school issues. When we met he asked me how the adm. team was – I stated the

same. I feel like I have been asked to be in leadership role but it is being made difficult for me to do so without any communication why. He went forward in talking about the "finance process" – submitting invoice, wait for approval, then make a purchase based on approval. He said the amount for reimbursement that I submitted was not a problem, I needed to make sure I followed the process. I shared with him that I believed I followed the process by getting prior approval for the classroom items. A 2nd grade teacher already purchased and was reimbursed for the same items. I followed the same process last year and I was not understanding what was different. I was never given such a hard time for classroom reimbursement. Doesn't seem equitable across grade level/teacher to teacher. Father said I will be reimbursed. I told him thank you. He said he was going to add the process to the handbook. I agreed that being able to follow a consistent process would be helpful.

March 5th – The EM list came out and I remained on the list to serve the Eucharist on March 6th. I emailed Mrs. Pettiti as a reminder of conversations I had with Father and her. I did not receive a response until the following week. The March 6th Mass was uncomfortable for many reasons. I remember a quote from Father Parks "Our job is to propose and not impose". This sits in my heart even as I work through this piece. I was taken off the list one week later.

March 9th – I sent out another email requesting information from accreditation committees because I was creating a working spreadsheet with all action items so each committee was able to track progress as we work toward completing accreditation goals. I rec'd no responses from the committee leads who happen to be on the SJB adm team. I rec'd no response from Mrs. Pettiti. Silent treatment doesn't allow working committees to proceed successfully. Hinders goal. So I ask myself, "why was I told to lead the accreditation team through the process when even administration team / Mrs. Pettiti does not really want me to lead". Is she trying to set me up for failure in front of all my colleagues who I have an outstanding professional relationship with? AGAIN, supervisor causing hostile environment that negatively impacts my job.

March 10th – Another adm. meeting scheduled during my lunch break. I attended along with 2 others. Anita was at another meeting. Three minutes prior to my lunch ending Mrs. Pettiti was able to come into the meeting. I asked if I can be placed on the staff agenda so I can do a final update/closing for accreditation up to this point. I also wanted to share the spreadsheet for each committee to let everyone know that although quarter 4 will be filled with other agenda items during staff meetings, the spreadsheet will allow us to remember where we are as committees and what tasks we still need to do. Mrs. Pettiti looked at me and stated "you can do that, but things will change because 'some people will not be here next year' ". She was stern, mean in her demeanor and it was upsetting. For the first time through all this, I was upset. I called the Superintendent's office on this day and spoke with the assistant superintendent. I reported the poor hostile working environment that I am in. I was upset this day. I was directed to communicate my concerns with my supervisor. Seriously, that is what I have been trying to do the entire year. The Catholic Diocese of Phoenix did nothing to help my situation. I even mentioned getting an attorney because I didn't know what else to do.

While administration team meetings were now being scheduled during my lunch break 25-30 minutes max; the meetings continued without me because others on adm. team had more administration time within their schedules. I am the only one with full-time teaching and adm. duties. What was further discussed was not shared with me. Updates were minimal. Sometimes I would find out at the School Board meetings what additional topics were covered and being worked on.

All year, all I have set out to do is be a positive asset to the administration team that I was invited to be on. My leader saw my professional qualities and praised them until "I don't know what happened or changed". I tried to talk with her 1:1 on two/three different occasions and did not receive any feedback that anything was different on her end. The negative behavioral feedback I was getting on a continuous basis humiliated me and negatively impacted my daily job.

March – Spring Break/School Closures due to /COVID 19. I was never included in any administration meetings/planning etc.... I attended virtual staff meetings.

April /May – All teachers asked to complete closing end of school year items as well as tasks for the upcoming 2020-2021 school year (class placement, ordering of supplies, signing up for benefits for 2020-2021 school year, 8th grade clap out).

May 4th – Staff meeting – it was communicated that contracts will not come out until after Memorial Day (June). This is very late and it is done for reasons that were shared with me last year when another adm team member/teacher was not going to be renewed or given a contract. Mrs. Pettiti did not get along with her past assistant principal and stopped talking to her all together. Mrs. Petiti told me that she does not want any back-lash from community when the word gets out of non-renewal of contract for this person. Therefore, she withholds all teaching contracts until after school lets out. Gee, I am seeing a pattern. I am now that person.

One staff member asked "shouldn't we have a contract prior to signing up for benefits for next year". Staff member asked if we should assume we are getting a contract. Mrs. Pettiti responded: "As far as I know everyone will have a contract, no one has told me otherwise". Interesting response.

Every teacher was going to be given a check out time. No one is allowed at school unless it is their scheduled time.

May 29th – My scheduled check-out day. I arrive at 9am and go to the office to sign all student CUM files. I was told to go to my classroom and Anita would meet me there. She arrived and asked if I was done with check list. I told her I still have to take outside bulletin board down. She said finish and meet me in office conference room. She came back into my classroom and said "don't remove anything off the walls, another adm team said not to do so". I found this a strange return to my classroom request. About 20 minutes later, I went to conference room to

ask a question about "removing personal items from classroom". I asked Mrs. Pettiti if this means items we will need over the summer or all personal items. I said its different if we have a contract or don't have a contract because at this point I still did not know. So I asked Mrs. Pettiti, "Am I getting a contract or am I not getting a contract?". She says, why don't you come in and sit down. This is when she said "I am not able to renew your contract due to budget/COVID reasons". I asked her if there was any other reason, she said no. She told me it was an anonymous decision on the _____ council. Never heard of this council. She asked for my computer which I already brought into the conference room. She asked for the charger and I said I left in in the classroom on my chairs. Mrs. Pettiti then hands me an envelop and states: "that is no longer your chair, it belongs to the school". The envelop contained the reimbursement check for the school items in which I submitted months ago and Mrs. Pettiti never got back to me on reimbursement. I had given up receiving any kind of reimbursement. Handing me the check in the manner she did on this morning was another unprofessional experience from a person who is suppose to lead a school in a positive and productive direction. When I had to meet with Father James in February to discuss reimbursement, he said it would be fine. She held on to reimbursement approval for 3 months. Why?

She started walking me out the office door and I said good-bye to front desk gal. Anita continued to walk with me and tells me "I have not talked to anybody about this" and I said "I am sure you haven't". She told me no one was allowed on campus to help me empty my classroom and its entirety of all my belongings. She stated the custodian will help me. When I entered the class room the custodian was already bringing me boxes. And she just told me she had not talked to anyone about this and that the front desk secretary did not know. She took my charger and doc camera from my desk. She says "good luck and I hope you stand on your feet". And that was it. I spent hours packing up my "personal items" and all that belonged to me. I left the reimbursement check on my desk and took all the items I had paid for during the school year for all classroom. Her handing me a reimbursement check after school year was over and never communicating the reimbursement was rather unjustified. I believed I would not get reimbursed at all based on her behaviors and how she made me meet with Father James.

There is absolutely no professional reason for non-renewal of my contract. How can I go from glowing evaluations 2019-2020, asked to be part of administration team, well-respected by colleagues, students, parents to non-renewal based on budget. This is an excuse because there is a current teacher posting for a 5th grade position. Why was this not offered to me? I find the non-renewal not in the best interest of kids.   I have never had any performance issues that were ever communicated to me. I have the right to a healthy work environment. Mrs. Pettite caused several occasions of hostility, humiliation and her evil behaviors directly impacting my job in a negative manner. If there was constructive feedback, I am the type of professional that would have made immediate corrections. Mrs. Pettite has broken the law by not providing a non-hostile work environment. Instead it is filled with negative behavior that directly impacts the success of my professional career.

Mrs. Pettiti's practices of waiting to assign contracts after the school year has ended causes hardship for the person(s) not being renewed.  This does not allow ample time to apply for jobs at other schools.

# Exhibit 2

## Witness Statements – Taken from letters sent directly to Jeannette Vanderah from St. John Bosco Families between June 2020 – August 2020

Dear Fr. James and Mrs. Petitti,

I am shocked to hear that Mrs. Jeannette Vanderah was one of the teachers' contracts not renewed next school year.  Frankly, I feel this decision was a huge mistake and incredibly confusing as a new 5th grade teacher and IA's were hired to fill vacant slots.

Omg Mrs. vanderah! This is the worst possible news. You are undoubtedly one of the best teachers in the school. Both my children loved you. ▉▉▉ was literally almost in tears when I told him. He really wanted you to be his teacher next year and I was going to request you. I can't and won't do another year with ▉▉▉ so I'm not sure we'll be returning, with ▉▉▉ at least. Wow. I'm absolutely dumbfounded and devastated. You are a fabulous teacher; you're fun, you make your class fun, you're approachable and easy to talk to and you TEACH! You are quite literally the entire package! Do you mind if I ask why you aren't returning? Please let me know if there is anything I can do.

Sadly and with love,


MAN...I am pretty shocked and deeply saddened for multiple reasons.
Can you even say what happened?  I mean...you are the favorite teacher amongst our kids at that school!
We are in the dark can you enlighten us?


We love you...
I can not tell ▉▉▉ yet or it will ruin her entire summer.
We should grab coffee.


I've been meaning to reach out to you ever since I heard your contract was not renewed for the upcoming school year.  Frankly, I am extremely pissed and will go into how I expressed my feelings regarding this news to Mrs. Petitti and Fr. James in just a bit.

I want you to know how much we will miss you and appreciated having you as a teacher. ▉▉▉ was so sad when I told her the news.  She adores you and told me many times how much she loved having you as a teacher. You were in her words, "My favorite teacher ever!". You made math and science so fun and ignited a spark in ▉▉▉ to want to learn and do more. So thank you from the bottom of my heart for having such a wonderfully positive and inspiring impact on my sweet girl.


Mrs. Vanderah was one of the best teachers we have had so far at SJB. She went above and beyond with my daughter, ▉▉▉ last year. She not only pushed her academically, but did so in a loving, nurturing way. She made Math and Science fun and sparked an interest in those subjects unlike any other teacher at SJB. Mrs. Vanderah had all the qualities that a teacher should possess. She was inspirational, faithful, kind, fun-loving, approachable, intellectual, and possessed great social skills that always made us feel comfortable.

# Exhibit 3

To Whom It May Concern,

I would like to share my experience working at St. John Bosco School and witnessing the interactions between Jeannette Vanderah and our principal Anita Pettiti during the 2019-2020 school year.

Jeannette was asked to be on the Administration Team by Mrs. Pettiti at the beginning of the school year. There were also three other teachers that were part of this team. It is considered an honor to be asked to be a part of this team at our school. At the start of the school year Jeannette was asked if she had anything to share in staff meetings as well as the other members of the team. She was always included in Administration Team meetings and teachers felt comfortable coming to Jeannette with questions regarding Student Services and Curriculum. Jeannette was solely responsible for assisting teachers in choosing a new textbook company for Social Studies and Science for grades 1-5 and fostering a relationship with a math training coach. Mrs. Pettiti was kind and respectful in acknowledging Jeannette's leadership skills with the staff.

Beginning in January Mrs. Pettiti interactions with Jeannette changed dramatically. She no longer acknowledged Jeannette during staff meetings as part of the team but continued to give credit to the other three team members. Staff started to question if Jeannette was still part of the leadership team. Mrs. Pettiti was short with her comments if Jeanette had a question. Mrs. Pettiti asked Jeannette to be in charge of school accreditation but did not provide any guidelines as to the prior accreditation. She expected Jeannette to run the entire staff meeting without giving Jeannette any notice beforehand. When our school moved to virtual teaching in March Jeannette was not a part of any of the discussions and planning with the Administration Team despite overseeing the Curriculum for the school. During our virtual staff meetings Mrs. Pettiti was very curt with her replies when Jeannette was speaking. It was obvious to the entire staff Mrs. Pettiti did not want to hear what Jeannette had to say and that she was no longer important to the school.

When Jeannette was told her contract would not be renewed because of budget cuts there was an open position in fifth grade. The position was posted on the Diocese website and everyone on the staff knew there was going to be an opening. It is a false statement to say that there was no position available for Jeannette at the school due to budget. After Jeannette was let go, Mrs.
Pettiti hired a full time fifth grade teacher and two full time assistants. Jeannette Vanderah did not receive equal treatment as a teacher on staff from our principal Anita Pettiti.

I am available if you have any further questions.

Thank you,

# Exhibit 4

Hi Mrs. Vanderah!

 kindly gave me your email address so I hope it is ok to email you privately.

I've been meaning to reach out to you ever since I heard your contract was not renewed for the upcoming school year. Frankly, I am extremely pissed and will go into how I expressed my feelings regarding this news to Mrs. Petitti and Fr. James in just a bit.

I want you to know how much we will miss you and appreciated having you as a teacher. Phoebe was so sad when I told her the news. She adores you and told me many times how much she loved having you as a teacher. You were in her words, "My favorite teacher ever!". You made math and science so fun and ignited a spark in Phoebe to want to learn and do more. So thank you from the bottom of my heart for having such a wonderfully positive and inspiring impact on my sweet girl.

I would like to share an email I sent to Mrs Petitti and Fr James with you:

Dear Fr. James and Mrs. Petitti,

I am shocked to hear that Mrs. Jeannette Vanderah was one of the teachers' contracts not renewed next school year. Frankly, I feel this decision was a huge mistake and incredibly confusing as a new 5th grade teacher and IA's were hired to fill vacant slots.

Mrs. Vanderah was one of the best teachers we have had so far at SJB. She went above and beyond with my daughter, ~~███████~~ last year. She not only pushed her academically, but did so in a loving, nurturing way. She made Math and Science fun and sparked an interest in those subjects unlike any other teacher at SJB. Mrs. Vanderah had all the qualities that a teacher should possess. She was inspirational, faithful, kind, fun-loving, approachable, intellectual, and possessed great social skills that always made us feel comfortable. Unfortunately, our year with Ms. Tan was in direct contrast and I would like to address our experiences with Ms. Tan with you at another time. I understand that difficult decisions were made in the best interest of our school. However, I find it extremely upsetting that a teacher like Mrs Vanderah was "let go" while other, not so desired teachers in my opinion, are still on the faculty.

I'm sorry if my email seems to be questioning your decision making process, but I feel a more detailed explanation is needed to help me understand and process how losing Mrs. Vanderah could possibly be for the best interest of our school. I hope you will consider my email to be an expression of deep concern and not meant to be disrespectful.

Sincerely,



I am not trying to stir up any issues  Honestly, I'm not. And I am not in any way seeking an explanation from you! I was a bit hesitate with including the email above but I thought, what the hell, I really wanted you to know how upset I am and to let you know that I expressed my utter disappointment with the powers that be. You are an exceptional teacher and I know I am not the only parent that would attest to this. I just hope others have chimed in and expressed their anger regarding your non-renewal of contract especially since undesirable teachers, like Ms. Tan, are still on faculty.

I wish you nothing but the best in whatever the next chapter brings you, Mrs. Vanderah. Please know just how special you are and how much you will be missed at SJB.

Keep in touch and have a wonderful rest of summer!

# Exhibit 5

*Clerk of Superior Crt (602)506-3289*
*506-1497 \**

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Jeannette G. Vanderah<br>1532 W Musket Way<br>Chandler, AZ 85286 | From: Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |
| --- | --- |

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
| --- | --- | --- |

| EEOC Charge No.<br><br>540-2020-03590 | EEOC Representative<br>**Brandon Mancia,**<br>Investigator | Telephone No.<br><br>**(213) 785-3014** |
| --- | --- | --- |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| --- | --- |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Patricia Kane*
Digitally signed by Patricia Kane
DN: cn=Patricia Kane, o=Equal Employment
Opportunity Commission, ou=Los Angeles District
Office, email=patricia.kane@eeoc.gov, c=US
Date: 2021.03.03 10:48.55-08'00'

For Rosa M. Viramontes,
**District Director**

March 2, 2021

*(Date Issued)*

Enclosure(s)

cc: **Marian Enriquez**
**Director of Human Resources**
**Diocese of Phoenix**
menriquez@dphx.org
**400 E Monroe St**
**Phoenix, AZ 85004**

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# EXHIBIT 3

Rec'd 6/15/2021 1:45 pm
Dmw

COPY

Person Filing: _Jeannette G. Vanderah_
Address (if not protected): _1532 Musket_
City, State, Zip Code: _Chandler, Az 85286_
Telephone: _480 (050)-7229_
mail Address: _jnette2u@gmail.com_
Lawyer's Bar Number: _____

JUN 0 2 2021

CLERK OF THE SUPERIOR COURT
M. Johnston
DEPUTY CLERK

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Jeannette G. Vanderah_
Name of Plaintiff

And

_Catholic Diocese of Phoenix_
Name of Defendant

Case No.: CV2021-092639

SUMMONS

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

FROM THE STATE OF ARIZONA TO: _Catholic Diocese of Phoenix_
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

CLERK OF SUPERIOR COURT
_____

COPY

JUN 0 2 2021

By_____

Deputy     CLERK OF THE SUPERIOR COURT
           M. Johnston
           DEPUTY CLERK

Person Filing: Jeannette G. Vanderah

Address (if not protected): 1532 Musket Way

City, State, Zip Code: Chandler, Az 85286

Telephone: 480 650-7229

Email Address: jnette2u@gmail.com

Lawyer's Bar Number:

**COPY**

JUN 0 2 2021

CLERK OF THE SUPERIOR COURT
M. Johnston
DEPUTY CLERK

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff

Catholic Diocese of Phoenix
Name of Defendant

Case Number: CV2021-092639

Title: **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

**DISCOVERY TIER**

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

**PARTIES**

3. The Plaintiff in this case is Jeannette G. Vanderah- 1532 Musket Chandler, A: 85286

4. The Defendant in this case is Catholic Diocese of Phoenix - 400 E. Monroe Phx, Az 85004 (St. Benedict Parish/St. John Bosco) 16223 S. 48th Street. Phx, Az 85048

**STATEMENT OF FACTS AND BREACH**

5. May 2018 - Hired as teacher in Catholic Diocese of Phoenix, St John Bosco Elementary School in St. Benedict Parish. (Principal, Anita Pettite)

6. July 2018 - 2019 Continuosly given further responsibilities in leadership. Superb professional progression. Principal states I have what it takes to "take over" the school upon her retirement.

7. August 2019 - Principal asked me to be part of leadership team and I was assigned the following: Student Service Administrator, Curriculum Coordinator, Professional Development Coordinator, and School Board representative in addition to my FT teaching position.

8. August - Oct. 2019 - Performed all duties with success.

Oct. 2019 - May 2020 - Leadership constantly changed my role,

9. did not provide cheerleading supervision, humiliated my professional status, negatively impacted my job and relationships in school setting. Supervisor created hostile work environment with intentional infliction of distress.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CVC10f 070118

Case Number: _____

April/
10. May 2020 - Supervisor stated all employees would be getting renewal contracts. May 2020 supervisor did not renewal my teaching contract and I was told it was due to budget. I was Wrongfully terminated.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

See Exhibit 1 (pages 1-15)
Exhibit 2,3,4 (evidence)
Exhibit 5 - EEOC copy

**APPLICABLE LAW SUPPORTING CLAIMS**

( 1 ) Hostile Work Environment and Retaliation Caused by Supervisor
    10.6 Civil Rights - Title VII  - Resulted in Non Renewal of Contract

( 11 ) Intentional Infliction of Emotional Distress /Humiliation
    Az State 12-542 Article 3 Personal Actions - ARS 23-1021

(111 ) Negligence of Supervisor Duties
    Az State 15-341 / 12-651  General Powers/Duties

( IV ) Interference with Plantiff's Employment Relationships
    Chapter 9 Article 1 General Provisions/Employment Protection Act.

( V ) Breach of Implied Covenant of Good Faith and Fair Dealing
    Az Statute 23-1501

( VI ) Award Attorney's fee's /Recovery of Attorney's Fees
    Az State 12-341.01

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

**INJURIES**

( 1 ) Loss of Employment in late May - caused hardship
    for next school year hiring process (very late notice).
    Most Schools already hired for next school year.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

( 2 ) Throughout Intentional Infliction - physical symptoms of distress  AR5 - 23 - 1021

( 3 ) Interference with Professional Employment Relations _____

( 4 ) Negative Impact on daily job _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) Attorney's fee's $1200. but unknown as case proceeds.
        (current)

( 2 ) Two Years Salary - forced to take unlike job 45
        One Yr. = 48K x 2          minutes away from home.

( 3 ) Compensable physical distress - loss of sleep, shaking,
        distress phone calls into Catholic Diocese Superintendents
                                                                    Office
( 4 ) Unpaid Sick days and vacation days _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this  2 June 2021 .
            *(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 4 of 4          CVC10f 070118

# Exhibit 1

Hired with signed contract 5/30/2018

**September 2018** – asked to be a mentor teacher to my partner (newer teacher)

**January 2019** – Mrs. Petitti communicated to me that she sees a lot of strengths in me.  I stated I am more than willing to help in anything she needed (referring to administration).

**February 2019** – While having a conversation with Mrs. Petitti she made negative remarks about her current assistant principal.  She stated she thought she was experienced.  Stated she makes plenty of money with her side job with the Suns.  Communicated derogatory statements about her bad home life.  Stated that she is back in the classroom. Doesn't grade papers, gives all students an A and that is why all the parents like her.

    I just listened.

**March 2019** – Expressed to Anita that I am interested in getting back into administration.  She did not know if there would be a budget but mentioned the following year she sees me in administration and she stated that she sees in me what it takes to take over SJB when she retires.  I did share that my first choice is to be in administration if there is a possibility.  What I don't want is to be placed in classroom and do both teacher responsibilities and be given administration responsibilities…I prefer one or the other so I can be my best at what I am doing.

There was a disciplinary situation that involved 4th grade students and I was the middle man between Mrs. Petitti and assistant principal.  Awkward and uncomfortable.  The two did not even talk with each other.  Mrs. Pettiti used me to transfer the messages of how she wants the assistant principal to handle it.

**April 2019** - Mrs. Petitti shared that she will not be renewing assistant principals contract so she has to wait to give out teacher contracts until the last day of school.  Teachers were asking me when contracts would come out and so I shared with Mrs. Petitti and she stated everyone needs to wait.  Mrs. Petitti shared other negative comments about other staff members.  For example "She is a princess"; "Millenials have no sense of commitment"; "she is horrible".  This was not the most comfortable to listen to.

I shared with Mrs. Petitti that I would be seeking administration openings for the next school year.  She stated that she understands and also stated that she hopes that I stay because she has a plan.  I asked what the plan is.  She stated that when she retires she definitely sees me taking over the school.  She said she needs to stay because Father is new and she committed to three years.  She would love to retire now.  We had a discussion, and I shared that I was honored that she had the confidence in me to share.  I did go on to say that even if she were to retire, there is no guarantee that I would be the one to take her place since there would be interviews and such.  I mentioned that the Diocese could move someone internally if they chose.  Mrs. Petitti stated that her plans was not to share with the Diocese her retirement plans

until late April and she would let them know who her replacement would be. Therefore, my chances of getting the principalship would be more likely. She stated she trusts no one at the Diocese.

I did share with Mrs. Petitti that I would be seeking administration because ultimately there is no guarantee that I would step into adm. at SJB. Mrs. Petitti stated that she understands.

**May 2019** – The assistant principal announces her new position as principal at St. Gregory. Contracts went out two days later.

**July 2019** – New school year begins. Mrs. Petitti sets up a meeting with me to discuss the upcoming school year. I am contracted as a teacher for 2019-2020. She shares the idea of having an administration team and I would be part of it. She stated what she would like me to do: student service administrator; curriculum director; STEM coordinator for accreditation. She told me to think about it. There would be a stipend connected to it. I did agree to help out in these administrative roles.

**Aug. 2019** – Mrs. Petitti asked for my involvement with the AMP program due to parent letters of concern coming into the AMP teacher. Mrs. Petitti referred these issues to me and I successfully assisted and helped with the correspondence back and forth to parents. I worked well with the AMP teacher. Mrs. Petitti stated she wants people who can make decisions.

The start of my role being assigned the student service administrator and overlooking the program also started at the beginning of the school year. I attended the meetings in which I was informed of (most at the last minute). The resource teacher stated that I don't need to stay at the meetings, just sign the paper and then I can leave. The resource teachers shared that is what last years assistant principal did. With over 10 years of special education experience I know it's important to have an administrator attend the meetings. The resource teacher became uncomfortable.

Coordinated a lot of curriculum PD and science and social studies adoptions. Set up continual Saxon math PD K-6 grades.

**Sept. 2019** – The resource teacher went to Mrs. Petitti. Mrs. Petitti called me in. Stated I was not the resource teachers boss. I responded with "I understand that and I never gave any

inkling that I was"  I stated I am not here at all to make anyone uncomfortable and I don't want resource teacher to be uncomfortable with me being involved as the student service administrator.  I thought I was doing what I was suppose to be doing and overlooking the program. Mrs. Petitti says that she wants me to be SSA and I need to attend meetings because she is not able to attend.

Mrs. Petitti announces in a staff meeting that I only sign a paper for student service meetings solely because she is not able to be there.  Mrs. Petitti did not communicate this information with me prior to full staff announcement.

**October 2019** – Two staff members asked to sit in parent/teacher conference . I shared this information with Mrs. Petitti and she sternly stated "that is not your job and I will let the staff know".  "I don't want teachers to take advantage of you".  I was a little taken back with this communication.  As teachers, we always support one another.

A teacher came to me about a grading issue for grade reports that would be going out for Q1. The teacher asked if she could give a "no grade".  I listened to the reason why the teacher wanted to do so.  I told her it sounds reasonable but I also suggested that she double check and go ask Mrs. Petitte because I have not been here at the school long enough to know if that is something that would be okay on an official grade report.  The teacher was in tears after asking Mrs. Petitte due to her being reprimanded for asking her the question.  I was called  into the conference room with the resource teacher.  Mrs. Petitti presents the situation and says "how dare a teacher ask me a question like that while I was out on the playground".  "I am not going to give an immediate answer for question like that, that is a curriculum question".  I stated I told the teacher to double check with her as far as a "no grade" on the report card.  It was me. Mrs. Petitti says "she (teacher) should know, we did that back at Mt. Carmel".  This whole situation caused a hostile environment.

One parent came into the office asking to see the assistant principal.  The same morning an email went out to all staff stating "SJB does not have an assistant principal".

A parent writes a letter to Father James and me requesting a meeting with the both of us.  Mrs. Petitti very upset over this.  She emails me "do not respond".  The next morning Mrs. Petitti comes to my classroom door and questions me "Did you talk to her" "She dragged you it" .  I shared with Mrs. Petitti that I did not know anything about it, I did not talk with her.

In October I was told there is no more budget for curriculum.  Mrs. Petitti called me in and told me she cancelled everything that I had scheduled.

I was asked to schedule a Science Professional Dev for our new Science adoption.  I was told to make sure all teachers were there and if they couldn't be cancel it.  One teacher had a doctors appt that was scheduled months in advance.  I was told everyone needs to be present.  Even if one teachers wasn't I would have to let them know we have to cancel for everyone.  The teacher tried to reschedule.  This process took a couple weeks.  The teacher sent a follow up

email to Anita (and CC me) to let her know she was able to get her appt. rescheduled.  Mrs. Pettiti questioned this teacher on why she CC me on the email.  She responded with, "because Jeannette is the one that has been scheduling all the professional development and she feels its courteous to let me know too".  I am glad she did so I didn't have to cancel the PD scheduled for all $1^{st} - 5^{th}$ grade.  My question is:  Why wouldn't Anita want me to stay in the loop of communication when Anita is the person who directed me to put this task into motion?  This is ONE of many actions that Anita did to HINDER my job and impact me in a negative way.

My 4th grade team partner and I were called into the office during out lunch break.  As we entered the conference room Mrs. Petitti & Ms. Jansen were sitting there.  As we both took a seat, Mrs. Petitti states she is concerned about how many students in 4th grade made honor roll and that in 27 years of being in education that has never happened before.  Both of us were taken back and wondered why we were being questioned.  We didn't know what to say or respond with because we both grade and treat our students with equity and opportunities to succeed.  Each one of them has earned his/her grades.  We do allow test corrections and students can earn points back.  Ms. Jansen goes on to say that she fails kids in religion.  Mrs. Petitti goes and pulls the same students grades from last year, looking for discrepancies.  As I viewed what was put before us, there was no difference.  Very similar grades.  Those teachers were not questioned last year.  This caused hostility.  I walked out wondering why that just happened.  Mrs. Petitti was taking a jab and it upset me more that she pulled in my partner to do this.  And Mrs. Petitti has never mentioned a concern with grades to us ever again.  If she was truly concerned there would have been some follow through or rechecking on us.

I set up a meeting with Mrs. Petitti because based on the events described in all the documentation.  I wanted feedback.  I asked her if something has changed.  I told her I could not pin point it but something has changed.  It's different.  She stated "give an example" and I shared two (teachers wanting me to sit in on a conference and the parent who wrote a letter requesting to meet with me/Father).  I also stated that I am not sure what my role is anymore on admin team because I was told curriculum budget is gone, student service adm I was told conflicting messages and I have STEM for accreditation but we have not done much with accreditation to this point.  Mrs. Petitti did mention Accreditation for my leadership.

"I see you have relationships with staff".  I said "yes, I do.  We work together".  I am not sure why she made a point to state this to me.

**November 2019 -**

Nov. 13th – During the staff meeting Mrs. Petitti states to the entire staff that "All STEM Accreditation will go to Jackie from here on out".  Mrs. Petitti just last week mentioned to me that this is what I will be doing.  Mrs. Petitti never communicated to me that she would be giving Jackie all of the STEM.  This is very confusing and its even after I went to see her to share that I am observing incidents that show there is a change.  To me, this is another direct jab to negatively impact me as a staff member.

Nov. 18th – Mrs. Petitti came through my classroom and we started a conversation. I shared with her that I am confused as well as other staff members that in last week's staff meeting she said to give all "STEM" to Ms. Jansen. I expressed to her that I didn't know this is what she was going to do. I asked her if I am suppose to hand over all the lesson plans and STEM activities already turned in to me over to Ms. Jansen. She stated that she will tell staff that they can turn the STEM information to me. She walked away clearly unhappy that I asked about this but I was just trying to get clarification on yet another change in my administration role. I asked myself, is she intentionally trying to set me up to fail and look badly. I won't allow this to happen.

The twists and turns I am experiencing is not okay. The incidents I am experiencing are effecting me and my professionalism in a negative manner. Leaders are suppose to inspire others.

Nov. 20th – Mrs. Petitti states in staff meeting that all STEM accreditation gets turned in to me. This is another change, one week later.

November 2019 – I was in the office on prep. A parent walks into the office and requests to talk with the principal. The principal was in a meeting in the conference room. The parent then asks front desk to talk with someone on the adm team. (I am on the adm team). The front desk gal asks the principal if it is okay if I meet with the parent. The principal answers with a direct "NO". The parent who is obviously upset ends up talking with the "school nurse". I was not allowed to meet with parent even though he pointed at me and asked to speak with me.

This directly impacts me as a professional and how I am viewed as an administrator. Ignoring an upset parent is not what administration is about.

Week of Dec. 9th. – Anita came by my classroom during dismissal stating that Father has now put me in charge of Accreditation. She will let the School Board know that I will make monthly meeting reports, am I okay with this. I was in the mist of student dismissal with parents and students in my classroom. This should have been presented in a different setting, not during classroom dismissal.

As Mrs. Pettiti was walking away I asked the question "where do you invision us as a school or what is the goal by the end of the year for the accreditation process?". She pointed her finger at me and says "that is what you are going to tell us". I was not given any guidance or further information.

Anita sends out an email to the board stating I am now the lead for accreditation and will make reports to the school board.

Dec. 19. I walked into Anita office to talk with her 1:1. Once again, I approached her about how things seemed to have changed. I shared with her I like to reflect. I am trying to figure out the change. I stated that I have done everything she has asked me to do in full support of her

and administration. I requested that she share what she sees. She mentioned we need to meet as an adm. team. I agreed. She stated "I trust no one at this point". I asked her if there was a reason or if someone had come to her. She said no.

I did not know what to do with that statement. She then says, I hope this meeting helped you (this was condescending).

Winter Break

Week of Jan. 6th.

January 6, 2020 – Anita sent email requesting that I ask teachers specific math questions and gather answers. I set this in motion and was waiting for responses.

January 7, 2020 – Came in and rec'd same day notice of a student serv. meeting for K. A scheduled administration meeting was also scheduled and Anita cancelled due to a student service meeting. The other teacher did receive notice before break. This is a recurring issue. I don't get meeting notices until day of. Anita did communicate to resource teacher that she needs to inform me of the meetings.

Adm. meeting was rescheduled for Jan. 8th (next day) after faculty meeting (5:30pm). I informed Anita immediately due to conflict in evening schedule that I was not able to stay later due to an already scheduled event with my own son.

January 9th – Attended student service meeting for 8th grade student at 3:15pm.
January 10th – Was asked today to attend incoming students (TWINS) meeting at 10am. I am in classroom at this time. Resource teacher changed time from 10am to 1pm. I also had a grade level parent meeting and did not get to student service meeting for TWINS until 1:20pm.


January 10th 1-3pm

TWINS student service meeting – 1st grade teacher, resource teacher, mom of twins, speech/lang pathologist, 1:1 aide for boy student, and both students in room.

Overview: TWINS (one boy and one girl) – both on autism spectrum

Girl – ok with academics, may have meltdowns, periods of refusal
Boy – challenged with academics, needs /requires 1:1 aide for all academics and throughout the day, uses marbles to put onto pictures, assigned a HR in other school (Legacy) and never attended the HR, he stayed in resource room based on his needs. Meltdowns (mom holds him to calm him down), roams classroom, will run

Teacher expressed concern that she will not be able to meet boys needs in regular 1st grade classroom. I suggested a learning center where he could work 1:1 with his aide. Resource teacher will also be able to see him for small amounts of time W/TH.

Parent concerned that the teacher can not meet with her son 1:1 during school day. Mom mentions hiring a 2nd helper for son while at school.

Mtg ended by agreeing that we would get together as a school to discuss our resources that will be able to assist with boy's educational needs.

I texted Anita during the meeting and asked if she was still at school. I wanted to share the details of the incoming TWINS and invite her into the meeting. Anita never responded.

After the meeting adjourned the teacher expressed high concerns and some stress. I asked the resource teacher if she had a few minutes to chat and have follow up conversation. She walked away. Five-ten minutes later Anita text me stating her and the resource teacher were in her office, was I available? I answered YES and went to the office.

January 10th 3:20-4:10 Meeting with Anita and Resource Teacher

Anita says, Ann and I were just talking about the meeting. I said, yes it was quite involved. The boy has in depth needs in a classroom setting. I then asked Ann how she felt the meeting went. She stated she thinks we can make it work.

I did express to Anita my concerns about the boys needs and his academic level. I shared that mom said he stayed in a resource room all day long and was not attending regular education setting in last enrolled school and he has never been in a regular education classroom. I shared that his academic level is emergent/pre-school level. He requires 1:1 with academics and mom shared that he is able to focus for a couple minutes at a time. Our 1st grade classroom is set up with 1 hour blocks of time (1 hr. math/1 hr. reading). The boys service plan states that he receives academics through a resource teacher.

Anita asked Ann how he compared to another 1st grade autistic student. She stated he was lower in his functioning.

I expressed the boys need to be with a resource teacher the majority of the time while at school. Ann availability would be limited due to other students she sees.

Anita suggested K instead of 1st. She asked me how I felt about it. I stated its more appropriate placement but I still have concerns. I am wondering if we need to brainstorm all our school resources to best meet his needs.

Anita wants to give him a chance, I agree as long as we have a plan in place throughout the day and who he will be with each step of the way.

**Following the meeting I stated to Anita that I want to help in the meetings and it just seems as resource teacher is uncomfortable; Anita cut me off and says: "I will determine that".

NOTE: Anita never attends these meetings.

THEN she taps my leg and says "I was going to talk to you about your dress—It's too casual for a Friday"

I was wearing a black dress shirt with a dressy scarf. I had black capri pants on. I am always professionally dressed. Three hours later Anita sends an email to the entire staff about dress code.

January 13, 2020 – Anita emails me at 10:22am stating the deadline was last Friday for math questions and she needs the information by 3pm today. I checked original email and there was no deadline communicated. But I went ahead and submitted math feedback spur of the moment that day. Keep in mind, I am still teaching full – time each day.

January 14th – Anita came into my classroom on a Wednesday. It was jeans day. I don't wear jeans to work. I never have. She asked me if I have a SJB t-shirt. I said yes. She states "I prefer you wear that shirt". I was dressed professionally with a blouse pants and jacket. Many staff members do not wear a SJB t-shirt to work. She did not target them with the same request.

Why is she focused on dress anyway. What does this have to do with anything UNLESS I am not professionally dressed. She is just making jabs at me. (pictures of other staff members on this day and their dress on file).

January 22nd – Although I have been directed to be the lead for Accreditation, I am told that the information can not be communicated from me at a staff meeting. I find this quite odd. How is one suppose to lead if they are told they can't communicate to colleagues? During the staff meeting two other teachers shared the status and next steps for the Accreditation committees ALTHOUGH Anita stated I was the lead for Accreditation now. I have never experienced such confusion from a leader in a school setting. AGAIN my supervisor is negatively impacting my job and my professional status. She has caused a hostile work environment that humiliates me as a professional.

Mrs. Pettiti is sending mixed signals once again and leaving me and others confused.

January 28th – Another teacher emailed me in regards to a student on a service plan. The teacher was not comfortable with last minute request to fill out documents for student that were needed within a couple hours. The teacher asked me what the process was. I referred

her to the resource teacher as I was asked to do.  Even though I was asked to be student service administrator, I was told to refer teachers who come to me straight to the resource teacher.

Seems evident that Mrs. Pettiti is intentionally trying to disregard my professionalism to colleagues.  This supervisor doesn't know what she wants.  She continuously humiliates, demeans, disregards, and causes a hostile work environment for no reason she is willing to communicate.

January/February – I submitted for reimbursement for classroom supplies that I purchased out of my own pocket book.  I was sent back an email (2/25) asking questions about my reimbursement request.  I answered and re-submitted.

February 4th – Since I was told I am the lead for Accreditation, I sent an email to the administration team asking for information history from previous school surverys.  Mrs. Pettiti is part of adm team along with two other faculty members and myself.  I received no responses.

Feb. 5th – Mrs. Pettiti meets with grade levels.  During 1st and 2nd grade meetings teachers were asked why morale is low.  States she is being asked to cut a teacher.  Teachers became worried about their jobs middle of the school year.  Two came to me (one crying the other with high stress level).  Wondering why this type of information is communicated to teachers in this manner.  Does not help morale or building of a positive school climate.

Feb. 6th Another change in my leadership role for accreditation occurs today.  I am told there is no need to meet and there will be no more accreditation meetings, other items need to get done.  But an update on accreditation needs to be communicated the next couple staff meetings.

Feb. 9th – I communicated to Father James and Mrs. Pettiti that although I tried serving the Eucharist as told to do so, I was not comfortable at all.

Another Note: Other staff members have also communicated that they are not comfortable serving the Eucharist.  If names need to be shared, I have that documentation.  I was not the only teacher uncomfortable doing this immediate task.


Feb. 11th – Adm meeting was just Mrs. Pettiti and I.  We discussed the EM requirement.  She said she was okay and now understands that serving body and blood to 100's of people was out of my comfort area.  She would like me to meet with Father as well.  I shared I have a meeting with him tomorrow.  I also shared that I have a meeting with another staff member at 10am tomorrow regarding accreditation.  I shared with Anita that the other teacher and I work very well together and we are able to plan for accreditation updates that allow me to update the entire staff.  My expertise is math and STEM and the other teacher is able to share a lot of ELA information about her committee progress.

I also asked again, "where would you like to be by the end of the year with accreditation?". Mrs. Pettiti has never given direction in this area so I will need to move forward utilizing other colleagues outside of the adm. team whom are willing to assist with the process. Other adm. team members who have experience with accreditation have shared limited information in my endeavors to learn more in order to lead.   Is this a directive given out from our school leader? I ponder this question because this all does not make sense to me as a professional who has been in education for 18 years.

Feb. 12th – I tried to meet with the other staff member at 10am. Only to find out that Mrs. Pettiti asked her to come to the office right at 10am. This staff member shared with me that Mrs. Pettiti  called her to the office and gave her some direction about accreditation AND asked her to send out an email to staff about accreditation. This completely undermines my leadership role that Mrs. Pettiti assigned to me. Or continues to sternly tell me, "you are the lead for accreditation" and now behind the scenes she as a leader is playing games to set her own staff members. Who does this? Wow. Why was I not called in to be given direction and asked to send out the email to staff. Mrs. Pettiti did assign me this lead position. ONCE AGAIN, my supervisor is negatively impacting my ability to perform my job. She again, humiliates my professionalism.

This gives me further insight that Mrs. Pettiti will meet and give guidance and direction to other staff members as she chooses but Mrs. Pettiti is not fair, consistent, or equal in her twisted/confusing leadership with me.

Today, gave me factual behavior that Mrs. Pettiti is blocking, forming obstacles, and manipulating my ability to lead tasks she has specifically given me. There is only one reason for this, she does not want me to succeed. I thought we were all here in the best interest of children and to inspire teachers and to form healthy school climates.

Feb. 12th – Met with Father regarding EM. He shared that it is not something he was going to make me do and I thanked him. I shared that if maybe I was able to ease into this position it may have not been so uncomfortable. I was given a 15 minute training and sent up onto the altar. I don't have experience on the altar. He mentioned that Mrs. Pettiti wanted me to lead by example. I totally understand this and have done so with all other tasks. Just serving the body and blood of Christ was not my calling. He asked me questions about other areas. I shared that this year is different, uncomfortable and as fast as I am assigned a leadership role or action it is taken away or changed or twisted just as fast. Too many pieces change without notice. I shared example of Mrs. Pettiti in the middle of staff meeting takes my leadership role as STEM coordinator for accreditation and announces to all staff members to now give everything to another adm. person. It just doesn't make sense. I shared I was given curriculum as well and that came to a stop as well. He suggested job descriptions might help. I agreed. In the end I asked Father if he truly made me the "Leader of Accreditation" just recently. He said – "I don't remember all the things but remembers 'academics' ". He said he discussed roles back in August with Mrs. Pettiti. Father did not recall recently asking Mrs. Pettiti to assign me

as the "Accreditation Leader" of the entire process. He shared with me that his last conversation about administration team assignments was back in August.

So here is my professional insight at the moment – Mrs. Pettiti didn't discuss mid-year change in leading Accreditation with Father at all. She chose to assign it to me spontaneously for some manipulative reason. And due to her non-willingness to assist the process or give me any feedback or information in the area of Accreditation, my insight grows deeper and more obvious.

Father was very nice to talk with. I am sad if Mrs. Pettiti is using him as a scapegoat of her own decisions.

Feb. 18th – Administration meeting was cancelled. Therefore, I sent an email out to the adm participants asking if anyone had access to an accreditation narrative. I was wanting to use it as a resource at an upcoming STEM team meeting so we could make some long term plans in our direction. I received no responses once again. I am suppose to keep the staff updated with a working plan and direction. The staff meeting is tomorrow.

Anita text messages me and asks me to put out a faculty agenda. I said I can talk about accreditation and would she like me to add anything else? In her next text, she apologized that this was a mistake. On Feb. 19th the staff agenda came out and although I understood accreditation was a part of the agenda, the agenda did not have "Accreditation" as an item. Instead it said "School Improvement" – with another staff members name next to it.

More manipulative behavior from the leader of our school, Mrs. Pettiti that NEGATIVELY impacts my job performance. Anita tells me to lead but blocks me from doing the tasks she keeps asking me to do. She completely excluded Accreditation and my name from the agenda. Staff members came to me stating they are confused if Accreditation was the same thing as School Improvement. Leadership causing this confusion.

Mrs. Pettiti begins formal teacher evaluations with grade levels. I was skipped over. Never asked to plan for an observation. This was another indication to me.

Feb. 19th – An administration meeting was called during my lunch break. I was told we need to be on the same page and I don't need a narrative. It could change. I shared that I thought it would be a great resource to look at as we work through the accreditation goals. I was told to work on something else. Again, I seek information to gain knowledge to move forward and again I am blocked. I have never worked in conditions such as these. I ponder what the goal is here. Are we moving forward under leadership in the best interest of children or is this a hidden agenda that doesn't allow us to focus on kids?

March 3rd – I received an email from Father James. He requested to meet with me for follow up and other school issues. When we met he asked me how the adm. team was – I stated the

same. I feel like I have been asked to be in leadership role but it is being made difficult for me to do so without any communication why. He went forward in talking about the "finance process" – submitting invoice, wait for approval, then make a purchase based on approval. He said the amount for reimbursement that I submitted was not a problem, I needed to make sure I followed the process. I shared with him that I believed I followed the process by getting prior approval for the classroom items. A 2nd grade teacher already purchased and was reimbursed for the same items. I followed the same process last year and I was not understanding what was different. I was never given such a hard time for classroom reimbursement. Doesn't seem equitable across grade level/teacher to teacher. Father said I will be reimbursed. I told him thank you. He said he was going to add the process to the handbook. I agreed that being able to follow a consistent process would be helpful.

March 5th – The EM list came out and I remained on the list to serve the Eucharist on March 6th. I emailed Mrs. Pettiti as a reminder of conversations I had with Father and her. I did not receive a response until the following week. The March 6th Mass was uncomfortable for many reasons. I remember a quote from Father Parks "Our job is to propose and not impose". This sits in my heart even as I work through this piece. I was taken off the list one week later.

March 9th – I sent out another email requesting information from accreditation committees because I was creating a working spreadsheet with all action items so each committee was able to track progress as we work toward completing accreditation goals. I rec'd no responses from the committee leads who happen to be on the SJB adm team. I rec'd no response from Mrs. Pettiti. Silent treatment doesn't allow working committees to proceed successfully. Hinders goal. So I ask myself, "why was I told to lead the accreditation team through the process when even administration team / Mrs. Pettiti does not really want me to lead". Is she trying to set me up for failure in front of all my colleagues who I have an outstanding professional relationship with? AGAIN, supervisor causing hostile environment that negatively impacts my job.

March 10th – Another adm. meeting scheduled during my lunch break. I attended along with 2 others. Anita was at another meeting. Three minutes prior to my lunch ending Mrs. Pettiti was able to come into the meeting. I asked if I can be placed on the staff agenda so I can do a final update/closing for accreditation up to this point. I also wanted to share the spreadsheet for each committee to let everyone know that although quarter 4 will be filled with other agenda items during staff meetings, the spreadsheet will allow us to remember where we are as committees and what tasks we still need to do. Mrs. Pettiti looked at me and stated "you can do that, but things will change because 'some people will not be here next year' ". She was stern, mean in her demeanor and it was upsetting. For the first time through all this, I was upset. I called the Superintendent's office on this day and spoke with the assistant superintendent. I reported the poor hostile working environment that I am in. I was upset this day. I was directed to communicate my concerns with my supervisor. Seriously, that is what I have been trying to do the entire year. The Catholic Diocese of Phoenix did nothing to help my situation. I even mentioned getting an attorney because I didn't know what else to do.

While administration team meetings were now being scheduled during my lunch break 25-30 minutes max; the meetings continued without me because others on adm. team had more administration time within their schedules. I am the only one with full-time teaching and adm. duties. What was further discussed was not shared with me. Updates were minimal. Sometimes I would find out at the School Board meetings what additional topics were covered and being worked on.

All year, all I have set out to do is be a positive asset to the administration team that I was invited to be on. My leader saw my professional qualities and praised them until "I don't know what happened or changed". I tried to talk with her 1:1 on two/three different occasions and did not receive any feedback that anything was different on her end. The negative behavioral feedback I was getting on a continuous basis humiliated me and negatively impacted my daily job.

March – Spring Break/School Closures due to /COVID 19. I was never included in any administration meetings/planning etc…. I attended virtual staff meetings.

April /May – All teachers asked to complete closing end of school year items as well as tasks for the upcoming 2020-2021 school year (class placement, ordering of supplies, signing up for benefits for 2020-2021 school year, 8th grade clap out).

May 4th – Staff meeting – it was communicated that contracts will not come out until after Memorial Day (June). This is very late and it is done for reasons that were shared with me last year when another adm team member/teacher was not going to be renewed or given a contract. Mrs. Pettiti did not get along with her past assistant principal and stopped talking to her all together. Mrs. Petiti told me that she does not want any back-lash from community when the word gets out of non-renewal of contract for this person. Therefore, she withholds all teaching contracts until after school lets out. Gee, I am seeing a pattern. I am now that person.

One staff member asked "shouldn't we have a contract prior to signing up for benefits for next year". Staff member asked if we should assume we are getting a contract. Mrs. Pettiti responded: "As far as I know everyone will have a contract, no one has told me otherwise". Interesting response.

Every teacher was going to be given a check out time. No one is allowed at school unless it is their scheduled time.

May 29th – My scheduled check-out day. I arrive at 9am and go to the office to sign all student CUM files. I was told to go to my classroom and Anita would meet me there. She arrived and asked if I was done with check list. I told her I still have to take outside bulletin board down. She said finish and meet me in office conference room. She came back into my classroom and said "don't remove anything off the walls, another adm team said not to do so". I found this a strange return to my classroom request. About 20 minutes later, I went to conference room to

ask a question about "removing personal items from classroom". I asked Mrs. Pettiti if this means items we will need over the summer or all personal items. I said its different if we have a contract or don't have a contract because at this point I still did not know. So I asked Mrs. Pettiti, "Am I getting a contract or am I not getting a contract?". She says, why don't you come in and sit down. This is when she said "I am not able to renew your contract due to budget/COVID reasons". I asked her if there was any other reason, she said no. She told me it was an anonymous decision on the _____ council. Never heard of this council. She asked for my computer which I already brought into the conference room. She asked for the charger and I said I left in the classroom on my chairs. Mrs. Pettiti then hands me an envelop and states: "that is no longer your chair, it belongs to the school". The envelop contained the reimbursement check for the school items in which I submitted months ago and Mrs. Pettiti never got back to me on reimbursement. I had given up receiving any kind of reimbursement. Handing me the check in the manner she did on this morning was another unprofessional experience from a person who is suppose to lead a school in a positive and productive direction. When I had to meet with Father James in February to discuss reimbursement, he said it would be fine. She held on to reimbursement approval for 3 months. Why?

She started walking me out the office door and I said good-bye to front desk gal. Anita continued to walk with me and tells me "I have not talked to anybody about this" and I said "I am sure you haven't". She told me no one was allowed on campus to help me empty my classroom and its entirety of all my belongings. She stated the custodian will help me. When I entered the class room the custodian was already bringing me boxes. And she just told me she had not talked to anyone about this and that the front desk secretary did not know. She took my charger and doc camera from my desk. She says "good luck and I hope you stand on your feet". And that was it. I spent hours packing up my "personal items" and all that belonged to me. I left the reimbursement check on my desk and took all the items I had paid for during the school year for all classroom. Her handing me a reimbursement check after school year was over and never communicating the reimbursement was rather unjustified. I believed I would not get reimbursed at all based on her behaviors and how she made me meet with Father James.

There is absolutely no professional reason for non-renewal of my contract. How can I go from glowing evaluations 2019-2020, asked to be part of administration team, well-respected by colleagues, students, parents to non-renewal based on budget. This is an excuse because there is a current teacher posting for a 5th grade position. Why was this not offered to me? I find the non-renewal not in the best interest of kids. I have never had any performance issues that were ever communicated to me. I have the right to a healthy work environment. Mrs. Pettite caused several occasions of hostility, humiliation and her evil behaviors directly impacting my job in a negative manner. If there was constructive feedback, I am the type of professional that would have made immediate corrections. Mrs. Pettite has broken the law by not providing a non-hostile work environment. Instead it is filled with negative behavior that directly impacts the success of my professional career.

Mrs. Pettiti's practices of waiting to assign contracts after the school year has ended causes hardship for the person(s) not being renewed.  This does not allow ample time to apply for jobs at other schools.

# Exhibit 2

## Witness Statements – Taken from letters sent directly to Jeannette Vanderah from St. John Bosco Families between June 2020 – August 2020

Dear Fr. James and Mrs. Petitti,

I am shocked to hear that Mrs. Jeannette Vanderah was one of the teachers' contracts not renewed next school year.  Frankly, I feel this decision was a huge mistake and incredibly confusing as a new 5th grade teacher and IA's were hired to fill vacant slots.

Omg Mrs. vanderah! This is the worst possible news. You are undoubtedly one of the best teachers in the school. Both my children loved you. ███ was literally almost in tears when I told him. He really wanted you to be his teacher next year and I was going to request you. I can't and won't do another year with ███ so I'm not sure we'll be returning, with ███ at least. Wow. I'm absolutely dumbfounded and devastated. You are a fabulous teacher; you're fun, you make your class fun, you're approachable and easy to talk to and you TEACH! You are quite literally the entire package! Do you mind if I ask why you aren't returning? Please let me know if there is anything I can do.

Sadly and with love,

MAN...I am pretty shocked and deeply saddened for multiple reasons.
Can you even say what happened?  I mean...you are the favorite teacher amongst our kids at that school!
We are in the dark can you enlighten us?

We love you...
I can not tell ███ yet or it will ruin her entire summer.
We should grab coffee.

I've been meaning to reach out to you ever since I heard your contract was not renewed for the upcoming school year.  Frankly, I am extremely pissed and will go into how I expressed my feelings regarding this news to Mrs. Petitti and Fr. James in just a bit.

I want you to know how much we will miss you and appreciated having you as a teacher. ███ was so sad when I told her the news.  She adores you and told me many times how much she loved having you as a teacher. You were in her words, "My favorite teacher ever!". You made math and science so fun and ignited a spark in ███ to want to learn and do more. So thank you from the bottom of my heart for having such a wonderfully positive and inspiring impact on my sweet girl.

Mrs. Vanderah was one of the best teachers we have had so far at SJB. She went above and beyond with my daughter, ███ last year. She not only pushed her academically, but did so in a loving, nurturing way. She made Math and Science fun and sparked an interest in those subjects unlike any other teacher at SJB. Mrs. Vanderah had all the qualities that a teacher should possess. She was inspirational, faithful, kind, fun-loving, approachable, intellectual, and possessed great social skills that always made us feel comfortable.

# Exhibit 3

To Whom It May Concern,

I would like to share my experience working at St. John Bosco School and witnessing the interactions between Jeannette Vanderah and our principal Anita Pettiti during the 2019-2020 school year.

Jeannette was asked to be on the Administration Team by Mrs. Pettiti at the beginning of the school year.  There were also three other teachers that were part of this team.  It is considered an honor to be asked to be a part of this team at our school.  At the start of the school year Jeannette was asked if she had anything to share in staff meetings as well as the other members of the team.  She was always included in Administration Team meetings and teachers felt comfortable coming to Jeannette with questions regarding Student Services and Curriculum. Jeannette was solely responsible for assisting teachers in choosing a new textbook company for Social Studies and Science for grades 1-5 and fostering a relationship with a math training coach. Mrs. Pettiti was kind and respectful in acknowledging Jeannette's leadership skills with the staff.

Beginning in January Mrs. Pettiti interactions with Jeannette changed dramatically.  She no longer acknowledged Jeannette during staff meetings as part of the team but continued to give credit to the other three team members.  Staff started to question if Jeannette was still part of the leadership team.  Mrs. Pettiti was short with her comments if Jeanette had a question.  Mrs. Pettiti asked Jeannette to be in charge of school accreditation but did not provide any guidelines as to the prior accreditation. She expected Jeannette to run the entire staff meeting without giving Jeannette any notice beforehand.  When our school moved to virtual teaching in March Jeannette was not a part of any of the discussions and planning with the Administration Team despite overseeing the Curriculum for the school.  During our virtual staff meetings Mrs. Pettiti was very curt with her replies when Jeannette was speaking. It was obvious to the entire staff Mrs. Pettiti did not want to hear what Jeannette had to say and that she was no longer important to the school.

When Jeannette was told her contract would not be renewed because of budget cuts there was an open position in fifth grade.  The position was posted on the Diocese website and everyone on the staff knew there was going to be an opening. It is a false statement to say that there was no position available for Jeannette at the school due to budget.  After Jeannette was let go, Mrs.
Pettiti hired a full time fifth grade teacher and two full time assistants.  Jeannette Vanderah did not receive equal treatment as a teacher on staff from our principal Anita Pettiti.

I am available if you have any further questions.

Thank you,

# Exhibit 4

Hi Mrs. Vanderah!

kindly gave me your email address so I hope it is ok to email you privately.

I've been meaning to reach out to you ever since I heard your contract was not renewed for the upcoming school year. Frankly, I am extremely pissed and will go into how I expressed my feelings regarding this news to Mrs. Petitti and Fr. James in just a bit.

I want you to know how much we will miss you and appreciated having you as a teacher. Phoebe was so sad when I told her the news. She adores you and told her many times how much she loved having you as a teacher. You were in her words, "My favorite teacher ever!". You made math and science so fun and ignited a spark in Phoebe to want to learn and do more. So thank you from the bottom of my heart for having such a wonderfully positive and inspiring impact on my sweet girl.

I would like to share an email I sent to Mrs Petitti and Fr James with you:

Dear Fr. James and Mrs. Petitti,

I am shocked to hear that Mrs. Jeannette Vanderah was one of the teachers' contracts not renewed next school year. Frankly, I feel this decision was a huge mistake and incredibly confusing as a new 5th grade teacher and IA's were hired to fill vacant slots.

Mrs. Vanderah was one of the best teachers we have had so far at SJB. She went above and beyond with my daughter, last year. She not only pushed her academically, but did so in a loving, nurturing way. She made Math and Science fun and sparked an interest in those subjects unlike any other teacher at SJB. Mrs. Vanderah had all the qualities that a teacher should possess. She was inspirational, faithful, kind, fun-loving, approachable, intellectual, and possessed great social skills that always made us feel comfortable. Unfortunately, our year with Ms. Tan was in direct contrast and I would like to address our experiences with Ms. Tan with you at another time. I understand that difficult decisions were made in the best interest of our school. However, I find it extremely upsetting that a teacher like Mrs Vanderah was "let go" while other, not so desired teachers in my opinion, are still on the faculty.

I'm sorry if my email seems to be questioning your decision making process, but I feel a more detailed explanation is needed to help me understand and process how losing Mrs. Vanderah could possibly be for the best interest of our school. I hope you will consider my email to be an expression of deep concern and not meant to be disrespectful.

Sincerely,

I am not trying to stir up any issues. Honestly, I'm not. And I am not in any way seeking an explanation from you! I was a bit hesitate with including the email above but I thought, what the hell, I really wanted you to know how upset I am and to let you know that I expressed my utter disappointment with the powers that be. You are an exceptional teacher and I know I am not the only parent that would attest to this. I just hope others have chimed in and expressed their anger regarding your non-renewal of contract especially since undesirable teachers, like Ms. Tan, are still on faculty.

I wish you nothing but the best in whatever the next chapter brings you, Mrs. Vanderah. Please know just how special you are and how much you will be missed at SJB.

Keep in touch and have a wonderful rest of summer!

# Exhibit 5

EEOC Form  161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Jeannette G. Vanderah<br>1532 W Musket Way<br>Chandler, AZ 85286 | From: Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2020-03590 | Brandon Mancia,<br>Investigator | (213) 785-3014 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

**Patricia Kane**
Digitally signed by Patricia Kane
DN: cn=Patricia Kane, o=Equal Employment
Opportunity Commission, ou=Los Angeles District
Office, email=patricia.kane@eeoc.gov, c=US
Date 2021.03.03 10:42:53 -07'00'

For Rosa M. Viramontes,
District Director

March 2, 2021
*(Date Issued)*

Enclosure(s)

cc: Marian Enriquez
Director of Human Resources
Diocese of Phoenix
menriquez@dphx.org
400 E Monroe St
Phoenix, AZ 85004

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law.</u>
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or
record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you
did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was
*issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

*Phx.*

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be
made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**ADDENDUM 2**

**CASE # CV2021-092639**

**ADDITION: EXHIBIT 6**

**Plantiff brought hostile work environment to the attention of several supervisors at various levels of leadership throughout the school year. No changes, hostility & humiliation continued after each meeting and throughout the school year.  Plantiff remained professional,  even with negative impact, hostility and humiliation each day.**

**School Level/St. John Bosco:**
**Plantiff requested 1:1 meetings with Mrs. Anita Pettite to ensure administration focus and success. Supervisor was condensending, direct, and offered / demonstrated no positive leadership.**
> **September 2019**
> **October 2019**
> **December 2019**

**Catholic Diocese District Level:**
> **October 2019 – Asked advice from Assistant Supt.**
> **March 2020 – 1:1 phone call with Assistant Supt. (She suggested meeting with Father James at St. Benedict) Plantiff mentioned seeking attorney during this conversation due to the constant hostile environment and that it has gotten so bad.**

**Parish Level / St. Benedict: Meetings with Father James**
> **January 2020 – Concerns brought to attention of Father James**
> **February 2020**
> **March 2020**
> **April 2020**

**ADDENDUM**

**CASE # CV2021-092639**   Exhibit 7

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**

**TEIR 2**

**$78,000.00 - average catholic school principal salary – Anita Pettite stated she wanted plantiff to be the principal after her retirement and Mrs. Pettite retires June 30, 2021 – false intentions that caused plantiff administration position loss . Plantiff did not apply for outside administration positions due to Mrs. Pettite verbaling sharing all her plans to have plantiff take over as the administrator at St. John Bosco school.**

**$47,000.00 – salary for one year – to cover pain, suffering, negative impact, humiliation caused by the hostile environment supervisor created throughout the school year.**

**Plus compensation for plantiff having to settle for a job 45 minutes away from home due to late non-renewal notice and after spring hiring process.**

**$1700.00 in legal fee's + any additional occruing legal fee's throughout this case.**

**Monetary Relief Claim in amount of $126,700.00**

Person Filing: Jeannette G. Vanderah
Address (if not protected): 1532 Musket Way
City, State, Zip Code: Chandler, Az 85286
Telephone: 480 (650)-7229
Email Address: jnette2u@gmail.com
Lawyer's Bar Number:

Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

**COPY**

JUN 0 2 2021

CLERK OF THE SUPERIOR COURT
M. Johnston
FOR CLERK'S USE ONLY
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jeannette G. Vanderah

PLAINTIFF,

vs.

Catholic Diocese of Phoenix
(St. Benedict Parish - SJB)

DEFENDANT.

**Case Number:** CV2021-092639

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☑ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1

CV03f 120319

COPY

Person Filing: _Jeannette G. Vanderah_
Address (if not protected): _1632 Musket_
City, State, Zip Code: _Chandler, AZ 85286_
Telephone: _480 650-7229_
Email Address: _jnette2u@gmail.com_
Lawyer's Bar Number: _____

JUN 0 2 2021

CLERK OF THE SUPERIOR COURT
M. Johnston
DEPUTY CLERK

Representing  ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff   OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Jeannette G. Vanderah_
Name of Plaintiff

_Catholic Diocese of Phoenix_
Name of Defendant

Case Number: **CV2021-092639**

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, _Jeannette G. Vanderah_ demands a trial by jury in this case. If this
_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this _2 June 2021_
_(Date of signature)_

_(Signature of Plaintiff or Plaintiff's Attorney)_

# EXHIBIT 4

**In the Superior Court of the State of Arizona**

**In and For the County of** _Maricopa_

.Case Number _CV2021-092639_

# CIVIL COVER SHEET- NEW FILING ONLY
### (Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

_____

_____

CLERK OF THE SUPERIOR COURT
FILED

JUN 02 2021  3:01PM
M. Johnston, Deputy

---

Plaintiff's Name(s): (List all)    Plaintiff's Address:    Phone #:    Email Address:

_Jeannette G. Vanderah  1532 Musket    480-650-7229  jnette2u @_
_Chandler, Az              gmail.cor_
_85286_

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

_Catholic Diocese of Phoenix  400 E. Monroe Phx 85004_
_St. Benedict Catholic Church / 16223 S. 48th Str. Phx 85048_
_St. John Bosco Elementary School - 16035 S. 48th Str. Phx 85048_

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $ _100,000.00_    ☐ Tier 1    ☒ Tier 2    ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury\*

☐ 102 Property Damage\*

☐ 103 Wrongful Death\*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence\*

☐ 112 Product Liability – Asbestos\*

☐ 112 Product Liability – Tobacco\*

☐ 112 Product Liability – Toxic/Other\*

☐ 113 Intentional Tort\*

☐ 114 Property Damage\*

☐ 115 Legal Malpractice\*

☐ 115 Malpractice – Other professional\*

☐ 117 Premises Liability\*

☐ 118 Slander/Libel/Defamation\*

Case No._____

☐ 116 Other (Specify) _____*

(A.R.S. §§1-501, 1-502, 11-1051)

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*       ☐ 123 Hospital*

☐ 122 Physician D.O*       ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (e.g, Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

   ☐ 136 Six to Nineteen Structures*

   ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ 145 Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☒ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other* _____
   (Specify)

Case No._____

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC        ☐ Election Challenge

☐ Employer Sanction             ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

© Superior Court of Arizona in Maricopa County       Page 3 of 3       CV10f 120120
ALL RIGHTS RESERVED

Person Filing: Jeannette G. Vanderah

Address (if not protected): 1532 Musket Way

City, State, Zip Code: Chandler, Az 85586

Telephone: 480 (650)-7229

Email Address: jnettezu@gmail.com

Lawyer's Bar Number: _____

Representing  ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

·CLERK OF THE
SUPERIOR COURT
FILED
M. JOHNSTON, DEP

2021 JUN -2  PM 3: 03

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Jeannette G. Vanderah

_____

PLAINTIFF,

vs.

Catholic Diocese of Phoenix
(St. Benedict Parish - SJB)

_____

DEFENDANT.

**Case Number:** CV2021-092639

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☑ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CV03f 120319

# ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
M. JOHNSTON, DEP

2021 JUN -2  PM 3: 04

Person Filing: Jeannette G. Vanderah
Address (if not protected): 1532 Musket
City, State, Zip Code: Chandler, Az  85286
Telephone: 480 650-7229
Email Address: jnette2u@gmail.com
Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff

And

Catholic Diocese of Phoenix
Name of Defendant

Case No.: CV 2021-092639

**SUMMONS**

*(watermark: You would like legal advice from a lawyer, Contact the Lawyer Referral Service at 602-257-4434 www.maricopalawyers.org Sponsored by the Maricopa County Bar Association)*

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

FROM THE STATE OF ARIZONA TO: Catholic Diocese of Phoenix
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

**JUN 02 2021**

**CLERK OF SUPERIOR COURT**

JEFF FINE, CLERK

Deputy Clerk

**DEPUTY CLERK**

ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
M. JOHNSTON, DEP

Person Filing: Jeannette G. Vanderah

Address (if not protected): 1532 Musket Way

City, State, Zip Code: Chandler, AZ 85286

2021 JUN -2 PM 3: 04

Telephone: 480 650-7229

Email Address: jnette2u@gmail.com

Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff

Case No.: CV2021-092639

**SUMMONS**

And

St. Benedict Parish
Name of Defendant

*If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association*

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** St. Benedict Parish
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**JUN 02 2021**

**SIGNED AND SEALED this date** _____

CLERK OF SUPERIOR COURT

JEFF FINE, CLERK

Deputy Clerk

DEPUTY CLERK

# ORIGINAL

CLERK·OF·THE
SUPERIOR COURT
FILED
M. JOHNSTON, DEP

2021 JUN -2 PM 3: 04

Person Filing: Jeannette G. Vanderah

Address (if not protected): 1532 Musket Way

City, State, Zip Code: Chandler, AZ 85286

Telephone: 480 650-7229

Email Address: jnette2u@gmail.com

Lawyer's Bar Number: _____

Representing [✓] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff

Case No.: CV2021-092639

And

St. John Bosco Elementary School
Name of Defendant

### SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** St. John Bosco Elementary School
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JUN 02 2021

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

JEFF FINE, CLERK

Deputy Clerk

DEPUTY CLERK

Person Filing: _Jeannette G. Vanderah_

Address (if not protected): _1632 Musket_

City, State, Zip Code: _Chandler, AZ 85286_

Telephone: _480 650-7229_

Email Address: _jnette2u@gmail.com_

Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
M. JOHNSTON, DEP

2021 JUN -2  PM 3: 03

Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Jeannette G. Vanderah_
Name of Plaintiff

_Catholic Diocese of Phoenix_
Name of Defendant

Case Number: CV2021-092639

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, _Jeannette G. Vanderah_ demands a trial by jury in this case. If this
_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this _2 June 2021_
_(Date of signature)_

_(Signature of Plaintiff or Plaintiff's Attorney)_

Person Filing: Jeannette G. Vanderah

Address (if not protected): 1332 Musket

City, State, Zip Code: Chandler AZ 85286

Telephone: 480 1050 7229

Email Address: jnette2u @ gmail.com

Lawyer's Bar Number:

CLERK OF THE
SUPERIOR COURT
FILED
A. NAVARRO, DEP

21 JUN -9  AM 10: 57

FOR CLERK'S USE ONLY

Representing  ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jeannette G. Vanderah
Name of Plaintiff or Petitioner

Catholic Diocese of Phx
Name of Defendant or Respondent

Dennis Naughton – Sat. Agent.

Case Number: CV2021-092639

Title: Addendums
Exhibit 6
Exhibit 7

**ADDENDUM 2**

CASE # CV2021-092639

ADDITION: EXHIBIT 6

Plantiff brought hostile work environment to the attention of several supervisors at various levels of leadership throughout the school year. No changes, hostility & humiliation continued after each meeting and throughout the school year.  Plantiff remained professional,  even with negative impact, hostility and humiliation each day.

**School Level/St. John Bosco:**
Plantiff requested 1:1 meetings with Mrs. Anita Pettite to ensure administration focus and success. Supervisor was condensending, direct, and offered / demonstrated no positive leadership.
> September 2019
> October 2019
> December 2019

**Catholic Diocese District Level:**
> October 2019 – Asked advice from Assistant Supt.
> March 2020 – 1:1 phone call with Assistant Supt. (She suggested meeting with Father James at St. Benedict) Plantiff mentioned seeking attorney during this conversation due to the constant hostile environment and that it has gotten so bad.

**Parish Level / St. Benedict: Meetings with Father James**
> January 2020 – Concerns brought to attention of Father James
> February 2020                 "
> March 2020                     "
> April 2020                       "

ADDENDUM : Exhibit 7

CASE # CV2021-092639

RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

TEIR 2

$78,000.00 - average catholic school principal salary – Anita Pettite stated she wanted plantiff to be the principal after her retirement and Mrs. Pettite retires June 30, 2021 – false intentions that caused plantiff administration position loss . Plantiff did not apply for outside administration positions due to Mrs. Pettite verbaling sharing all her plans to have plantiff take over as the administrator at St. John Bosco school.

$47,000.00 – salary for one year – to cover pain, suffering, negative impact, humiliation caused by the hostile environment supervisor created throughout the school year.

Plus compensation for plantiff having to settle for a job 45 minutes away from home due to late non-renewal notice and after spring hiring process.

$1700.00 in legal fee's + any additional occruing legal fee's throughout this case.

Monetary Relief Claim in amount of $126,700.00



**ASAP Serve**
Process Servers

⁺CLERK OF THE
SUPERIOR COURT
FILED
S. SZAKACS, DEP

.21 JUN 16  AM 11: 35

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

JEANNETTE G VANDERAH
Plaintiff,

vs.

CATHOLIC DIOCESE OF PHOENIX
Defendant,

**Case No.: CV2021-092639**

**PROOF OF SERVICE**

Came to hand on <u>6/9/2021</u> at <u>11:30 AM</u> a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

**SERVED On 6/15/2021 at 1:43 PM**, the undersigned served copies of:
**SUMMONS; CIVIL COMPLAINT; EXHIBITS 1-7; CERTIFICATE OF COMPULSORY ARBITRATION; PLAINTIFF'S DEMAND FOR JURY TRIAL**

Upon:  **CATHOLIC DIOCESE OF PHOENIX**
At: **400 E MONROE ST, PHOENIX, AZ 85004**

In the following manner:

**CORPORATE, BUSINESS OR GOVERNMENT SERVICE** by leaving a copy of the legal process with:
<u>**DENNIS M NAUGHTON**</u> Title):**STATUTORY AGENT**, a person authorized by appointment or by law to accept service and informing that person of the contents thereof.
Description:
Gender: **Male**     Race/Skin: **Caucasian**     Age: **50 - 55 Yrs** Weight: **161-200 Lbs.**     Height: **6' - 6'2** Hair: **Brown**     Glasses: **No**
Other:

**I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(c)]**

SIGNED, _____
**TERESA MYKYTA,**

Client File #:



Job Number:  **28832**     Private Process Server ID # 8745 ,
MARICOPA County

# EXHIBIT 5

Tracy A. Miller, SBN 015920
Ryan T. Mangum, SBN 34344
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602-778-3700
Fax:  602-778-3750
tracy.miller@ogletree.com
ryan.mangum@ogletree.com

*Attorneys for Defendant Catholic Diocese of Phoenix*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannette G. Vanderah,<br><br>                Plaintiff,<br><br>        v.<br><br>Catholic Diocese of Phoenix,<br><br>                Defendant. | No.<br><br><br>**DECLARATION OF RYAN T. MANGUM** |

I, Ryan Mangum, declare as follows:

1.      I am over the age of 18 and am competent to testify as to all matters set forth herein and would testify if called upon to do so.

2.      I have personal knowledge of all the matters set forth herein.

3.      I am counsel of record for Defendant Catholic Diocese of Phoenix in this matter.

4.      Pursuant to LRCiv 3.6(b), I verify that true and accurate copies of all pleadings and other documents filed in the state court proceeding, case number CV2021-092639 have been filed with this Court.

Executed this 15th day of July 2021, in Phoenix, Arizona.

Ryan T. Mangum

47844217.1